# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

QATAR NATIONAL BANK )
Cornich Road )
Doha, Qatar, )
)
      Plaintiff, )
)
      v. )     Case No. _____
)
WINMAR, INC. d/b/a )
WINMAR CONSTRUCTION )
1420 K Street, N.W. )
Suite 250 )
Washington, D.C. 20005, )
     and )
901 15th Street, N.W. )
Suite 800 )
Washington, D.C. 20005, )
)
      Defendants. )
_____ )

## LOCAL RULE 7.1 CERTIFICATE OF
## QATAR NATIONAL BANK

Pursuant to Local Rule 7.1, undersigned counsel of record for Qatar National Bank ("QNB"), hereby certify that the Government of the State of Qatar owns 50% of the share value of QNB, and that QNB has no outstanding securities in the hands of American citizens. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 24, 2006
     Washington, D.C.

Respectfully submitted,

_____
Ronald S. Liebman (D.C. Bar No. 239657)
Ugo Colella (D.C. Bar No. 473348)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax:   202-457-6315
*Attorneys for Plaintiff Qatar National Bank*