UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>WINMAR, INC. d/b/a<br>WINMAR CONSTRUCTION<br><br>    Defendant. | Case No. 06-1307<br>Judge Gladys Kessler |

## PROOF OF SERVICE OF PROCESS

Pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, Plaintiff Qatar National Bank LLC hereby submits a sworn Affidavit of Service proving that service of the summons and complaint in the above-titled action on Defendant Winmar, Inc. d/b/a Winmar Construction was made on July 24, 2006.

DATED:    August 3, 2006
                  Washington, D.C.

Respectfully submitted,

/s/ Ugo Colella
Ronald S. Liebman (DC Bar No. 239657)
Ugo Colella (DC Bar No. 473348)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-6000
Fax:    (202) 457-6315

*Attorneys for Plaintiff*
*Qatar National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, a copy of the foregoing Proof of Service of Process, and attachment, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on August 3, 2006, a copy of the foregoing Proof of Service of Process, and attachment, was served by first class mail upon:

Winmar, Inc. d/b/a
Winmar Construction
1420 K Street, N.W.
Suite 250
Washington, D.C. 20005

And

Winmar, Inc. d/b/a
Winmar Construction
901 15th Street, N.W.
Suite 800
Washington, D.C. 20005

/s/ Ugo Colella
Ugo Colella