U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Qatar National Bank

vs.

Winmar, Inc. d/b/a Winmar Construction

No. 1:06CV01307 GK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint, Local Rule 7.1 Certificate of Qatar National Bank and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

   That my date of birth / age is 11-26-1971.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 4:00 pm on July 24, 2006, I served Winmar, Inc. d/b/a Winmar Construction c/o Corporation Service Company, Registered Agent at 1090 Vermont Avenue, NW, Suite 430, Washington, DC 20005 by serving Renee Rice, Team Leader, authorized to accept. Described herein:

   SEX-     FEMALE
   AGE-     40
   HEIGHT-  5'11"
   HAIR-    BLACK
   WEIGHT-  170
   RACE-    BLACK

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  07-25-06
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 174096