UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QATAR NATIONAL BANK,** | : |
| **Plaintiff,** | : |
| v. | :      Case No.: 1:06CV01307 |
| **WINMAR, INC. d/b/a** <br> **WINMAR CONSTRUCTION,** | : |
| **Defendant.** | : |

### LOCAL RULE 7.1 CERTIFICATION OF WINMAR, INC.

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, as counsel of record for Winmar, Inc., hereby certify that to the best and belief, Winmar, Inc. has no parent or subsidiary corporations with securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 14, 2006

Respectfully submitted,

LEE & McSHANE, P.C.

By:      /s/ Robert A. Kearbey
James F. Lee, Jr., (DC Bar No. 247718)
Arthur T. K. Norris, (DC Bar No. 438907)
Robert A. Kearbey, (DC Bar No. 491700)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100
*Counsel for Defendant, Winmar, Inc.*