# Exhibit 1
# Case No.:  1:06CV01307

# Exhibit 1
# Case No.:  1:06CV01307

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK<br>Cornich Road<br>Doha, Qatar, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 1:06CV01307 |
| WINMAR, INC. d/b/a<br>WINMAR CONSTRUCTION<br>1420 K Street, N.W.<br>Suite 250<br>Washington, D.C. 20005,<br>        and<br>901 15th Street, N.W.<br>Suite 800<br>Washington, D.C. 20005, | ) ) ) ) ) ) ) ) ) ) | **DECLARATION OF**<br>**RASHA H. RASHEED** |
| Defendants. | ) ) | |

I, Rasha H. Rasheed, being duly sworn, declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters of my personal knowledge set forth below.

2.      I reside in Doha, Qatar, and I am a Branch Manager at Qatar National Bank.

3.      The letter attached hereto as Exhibit "A" is a true and correct copy of a letter I received from Mr. Anas Al-Merstani, Head of Legal Affairs for Al Jazeera Sattellite Network on or about March 13, 2006.

A-63-I-Rasha Hassan Rasheed

Rasha H. Rasheed

Executed on the 23rd day of August, 2006

SIGNED IN OUR PRESENCE.

**EXHIBIT**

**1**







**Q.N.B.**

13.03.2006   10   16

**WEST BAY BRANCH**

Ref. # JSN/LA/140/2006                                      Date : March 12, 2006

**Mr. Rasha H. Rasheed**
**Branch Manager**
**Qatar National Bank (QNB)**

### SUBJECT: DUPLICATE TRANSFER TO JP MORGAN CHASE

Dear Mr. Rasheed,

We thank you for your cooperation in settling the matter regarding the above mentioned subject.

From your correspondence dated 7-Mar-2006 and reference # QNB/WBB/617/2006, it is clearly noted that an overpayment of US\$474,677.00 was made to Winmar Construction due to admitted negligence on the part of QNB which resulted in funds being duplicated to the beneficiary.

After reviewing the documents in question, it is clear that the second fax transmission dated 30-Jan-2006 from Al Jazeera International was not a release of funds but rather a confirmation request for the funds already released the previous month as requested by the fax dated 8-Dec-2005.

Al Jazeera International holds QNB fully liable for this grave mistake and requires that the funds be returned within one (1) week.

If the funds are not returned without delay, Al Jazeera International has full rights to proceed with legal actions against QNB.

Your continued cooperation is greatly appreciated to remedy this serious error on your part.

Best Regards,

**Anas Al-Merstani**
**Head of Legal Affairs**
**Al Jazeera Satellite Network**

**EXHIBIT**

_A_

Cc:
       –   Chairman
       –   Deputy Chairman
       –   Managing Director of AJI.
       –   Director of Finance & Admin of AJI.

**FAXED**

**1 3 MAR 2006**