# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV01307 |
| | ) | |
| WINMAR, INC. d/b/a | ) | |
| WINMAR CONSTRUCTION | ) | **UNOPPOSED MOTION FOR** |
| | ) | **CONTINUANCE OF SEPTEMBER 8,** |
| Defendants. | ) | **2006 SCHEDULING CONFERENCE** |
| _____ | ) | |

Plaintiff Qatar National Bank ("QNB") hereby requests a limited continuance of the scheduling conference currently scheduled for September 8, 2006 at 10:15 a.m.  The grounds for this request are as follows:

1.      QNB's lead counsel, Ronald S. Liebman, is currently scheduled to be on an overseas business trip with a return scheduled after the time of the currently-scheduled September 8, 2006 scheduling conference.

2.      Mr. Liebman's associate on this matter, Alan T. Dickey, is similarly scheduled to be overseas on a separate litigation matter from September 1 to 14, 2006.

3.      Arthur T.K. Norris, counsel for Defendant Winmar, has informed QNB's counsel that Winmar does not oppose QNB's request for a continuance.

4.      Counsel for QNB and Winmar are both available to participate in a scheduling conference as early as September 22, 2006.  Accordingly, the requested continuance will not cause undue delay.

5.      QNB therefore requests a limited continuance of the currently-scheduled scheduling conference, to a date and time no sooner than September 22, 2006.

DATED:        August 31, 2006                    Respectfully submitted,


    /s/ Ronald S. Liebman
Ronald S. Liebman (D.C. Bar # 239657)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone:  (202) 457-6000
Facsimile: (202) 457-6315

*Attorney for Plaintiff*
*Qatar National Bank*