UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINMAR, INC. d/b/a )<br>WINMAR CONSTRUCTION )<br>)<br>)<br>_____ ) | Case No.: 1:06CV01307<br><br>**ORDER** |

Upon consideration of Plaintiff Qatar National Bank's Unopposed Motion for Continuance of September 8, 2006 Scheduling Conference, on this _____ day of _____, 2006, it is:

ORDERED that Plaintiff Qatar National Bank's Unopposed Motion for Continuance of September 8, 2006 Scheduling Conference is granted and is reset for the _____ day of _____, 2006, at _____.

_____
Judge Gladys Kessler

Copies to:

James F. Lee, Jr.
Arthur T.K. Norris
Robert A. Kearbey
Lee & McShane, PC
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
*Counsel for Defendant, Winmar*

Ronald S. Liebman
Alan T. Dickey
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
*Counsel for Plaintiff Qatar National Bank*