UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:06CV01307 |
| WINMAR, INC. d/b/a WINMAR CONSTRUCTION, | : |
| Defendant. | : |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO QATAR NATIONAL BANK'S OPPOSITION TO WINMAR, INC.'S MOTION TO DISMISS FOR FAILURE TO JOIN A NECESSARY PARTY OR ALTERNATIVELY FOR AN ORDER MANDATING JOINDER**

Defendant Winmar, Inc. (Winmar) hereby requests an extension of the time to file a reply to Qatar National Bank's (QNB) opposition to Winmar's motion to dismiss for failure to join a necessary party or alternatively for an order mandating joinder, until and including September 13, 2006. The grounds for this request are as follows:

1. Winmar filed a motion to dismiss or in the alternative to join a necessary party under Rules 12(b)(7) and 19 of the Federal Rules of Civil Procedure on August 14, 2006.

2. QNB filed a lengthy opposition to such motion on August 24, 2006.

3. Because of the complexity of the issues raised in QNB's opposition, Winmar requests an additional week in which to file a reply. Winmar requests that its reply be due on September 13, 2006.

4. This request for an extension of the due date of the reply is not opposed by QNB.

WHEREFORE, Winmar requests that the Court extend the time for Winmar's reply to September 13, 2006.

DATED:     September 5, 2006                    Respectfully submitted,

                                                                           LEE & McSHANE, P.C.

                                        By:        /s/ Arthur T. K. Norris
                                                    James F. Lee, Jr., (DC Bar No. 247718)
                                                    Arthur T. K. Norris, (DC Bar No. 438907)
                                                    Robert A. Kearbey, (DC Bar No. 491700)
                                                    1211 Connecticut Avenue, N.W.
                                                    Suite 425
                                                    Washington, D.C.  20036
                                                    (202) 530-8100

                                                    *Counsel for Defendant, Winmar, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was served via electronic case filing, on this 5th day of September, 2006 to:

| | |
|---|---|
| Ronald S. Liebman<br>Alan T. Dickey<br>Patton Boggs LLP<br>2550 M Street, N.W.<br>Washington, D.C. 20037<br>*Counsel for Plaintiff Qatar National Bank* | |

　　　　　　　　　　　　　　　/s/ Arthur T. K. Norris
　　　　　　　　　　　　　　　Arthur T. K. Norris