UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Case No.: 1:06CV01307 |
| : | |
| WINMAR, INC. d/b/a : | |
| WINMAR CONSTRUCTION, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of Defendant Winmar, Inc.'s Unopposed Motion for Extension of Time to File Reply to Qatar National Bank's Opposition to Winmar, Inc.'s Motion to Dismiss for Failure to Join a Necessary Party or Alternatively for an Order Mandating Joinder, on this _____ day of _____, 2006, it is:

ORDERED that Defendant Winmar, Inc.'s Unopposed Motion for Extension of Time to File Reply to Qatar National Bank's Opposition to Winmar, Inc.'s Motion to Dismiss for Failure to Join a Necessary Party or Alternatively for an Order Mandating Joinder is granted, and Winmar, Inc. shall have until and including September 13, 2006 in which to file its reply.

_____
Judge Gladys Kessler

Copies to:

James F. Lee, Jr.
Arthur T.K. Norris
Robert A. Kearbey
Lee & McShane, PC
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
*Counsel for Defendant, Winmar, Inc.*

Ronald S. Liebman
Alan T. Dickey
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
*Counsel for Plaintiff Qatar National Bank*