UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No. 1:06CV01307 | |
| ) | | |
| WINMAR, INC. d/b/a ) | | |
| WINMAR CONSTRUCTION ) | **VERIFIED MOTION FOR LEAVE** | |
| ) | **TO APPEAR PRO HAC VICE** | |
| Defendants. ) | | |
| _____ ) | | |

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the Admission Pro Hac Vice of Alan T. Dickey for purposes of this case. Pursuant to Local Civil Rule 7.1(m), counsel for Qatar National Bank has conferred with counsel for Winmar, Inc., Arthur, T.K. Norris, on August 31, 2006. Mr. Norris consented to the Admission Pro Hac Vice of Mr. Dickey.

DATED:   September 5, 2006          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Ronald S. Liebman
　　　　　　　　　　　　　　　　　　　Ronald S. Liebman (D.C. Bar # 239657)
　　　　　　　　　　　　　　　　　　　PATTON BOGGS LLP
　　　　　　　　　　　　　　　　　　　2550 M Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　　　　Telephone: (202) 457-6000
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 457-6315

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Qatar National Bank*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV01307 |
| | ) | |
| WINMAR, INC. d/b/a | ) | STATEMENT OF ALAN T. DICKEY |
| WINMAR CONSTRUCTION | ) | IN SUPPORT OF VERIFIED |
| | ) | MOTION FOR LEAVE TO |
| Defendants. | ) | APPEAR PRO HAC VICE |
| | ) | |

1.   My full name is Alan Todd Dickey.

2.   My office address is Patton Boggs, 2550 M Street, NW, Washington, D.C. 20037. My office telephone number is 202-457-6000.

3.   I was admitted to the State Bar of Texas on November 11, 1996 and have been, at all times since then, a member in good standing. I was admitted to the State Bar of Colorado on October 11, 2000 and have been, at all times since then, a member in good standing. I was admitted to the District of Columbia Bar on February 3, 2006 and have been, at all times since then, a member in good standing.

4.   I certify that I have not been disciplined by any bar.

5.   Within the last two years, I have not been admitted pro hac vice to the District Court for the District of Columbia.

6.   I am a member of the District of Columbia Bar (Bar. No. 496403). I have an Application for Admission to the District Court for the District of Columbia. Upon acceptance, I will be sworn in on October 2, 2006.

DATED:   August 31, 2006

_____
Alan T. Dickey (DC Bar # 496403)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINMAR, INC. d/b/a )<br>WINMAR CONSTRUCTION )<br>)<br>)<br>_____ ) | Case No.: 1:06CV01307<br><br>**ORDER** |

This matter having come before the Court on upon the Motion for the Admission Pro Hac Vice of Alan T. Dickey, hereto filed by Ronald S. Liebman, on this ____ day of _____, 2006, it is:

ORDERED that said Motion is granted in all respects and that Alan T. Dickey may appear pro hac vice as counsel for Plaintiff Qatar National Bank for purposes of this action.

_____
Judge Gladys Kessler

Copies to:

James F. Lee, Jr.
Arthur T.K. Norris
Robert A. Kearbey
Lee & McShane, PC
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
*Counsel for Defendant, Winmar*

Ronald S. Liebman
Alan T. Dickey
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
*Counsel for Plaintiff Qatar National Bank*