UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QATAR NATIONAL BANK  :
:
      Plaintiff,  :
:
v.  :  Civil Action No.: 1:06CV01307
:
WINMAR, INC. d/b/a  :
WINMAR CONSTRUCTION  :
:
      Defendant.  :

## SCHEDULING ORDER

Upon consideration of the parties' Joint Meet and Confer Statement, upon hearing from the parties at the Court's Initial Scheduling Conference on September 29, 2006, and upon considering all positions and arguments presented, it is HEREBY ORDERED that:

1. Discovery, other than initial disclosures, shall commence after the court determines Defendant's Motion to Dismiss or Alternatively for an Order Mandating Joinder;

2. Joinder of additional parties should be accomplished within 15 days after the Court rules on Defendant's Motion to Dismiss or Alternatively for an Order Mandating Joinder;

3. Other discovery and pretrial activity shall be governed by the following deadlines:

| | |
|---|---|
| Deadline for Initial Disclosures: | October 10, 2006. |
| Exchange Witness Lists: | November 24, 2006 |
| Deadline for Discovery Requests: | December 26, 2006 |
| All Discovery Closed: | April 25, 2007 |

4. The deadline for motions and cross-motions for summary judgment shall be June 15, 2007. The respondent party shall have 20 days from the date of filing of such motion to file an opposition, and the movant shall have an additional 10 days thereafter to file a reply in support of the original motion.

Exhibit B

5.   A maximum of 25 interrogatories and 25 requests for admission shall be allowed by each party to each other party, and a maximum of five depositions may be conducted by each party.

6.   The pretrial conference should be set for 60 days after the Court's order denying the last dispositive motion unless a dispositive motion is granted mooting the need for a pretrial conference.

_____
Judge Gladys Kessler

Copies to:

James F. Lee, Jr.
Arthur T.K. Norris
Robert A. Kearbey
Lee & McShane, PC
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
*Counsel for Defendant, Winmar*

Ronald S. Liebman
Alan T. Dickey
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
*Counsel for Plaintiff Qatar National Bank*