UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 1:06CV01307 |
| ) | |
| WINMAR, INC. d/b/a ) | |
| WINMAR CONSTRUCTION ) | |
| ) | **ORDER** |
| Defendant ) | |
| _____ ) | |

Upon consideration of Defendant Winmar, Inc.'s Motion for Leave to File Third-Party Complaint against Al-Jazeera, the Opposition of Qatar National Bank, and the entire record herein, on this ____ day of _____, 2006, it is:

ORDERED that Defendant Winmar, Inc.'s Motion for Leave to File Third-Party Complaint against Al-Jazeera is, in all respects, denied.

_____
Judge Gladys Kessler

Copies to:

James F. Lee, Jr.
Arthur T.K. Norris
Robert A. Kearbey
Lee & McShane, PC
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
*Counsel for Defendant, Winmar*

Ronald S. Liebman
Alan T. Dickey
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
*Counsel for Plaintiff Qatar National Bank*