IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK,<br>　　　Plaintiff, | :<br>:<br>: |
| v. | :<br>: Civil Action No. 1:06-cv-01307-GK |
| WINMAR, INC.,<br>　　　Defendant and Third<br>　　　Party Plaintiff. | :<br>:<br>:<br>: |
| WINMAR, INC.,<br>　　　Third Party Plaintiff<br>　　　and Counterclaim<br>　　　Defendant, | :<br>:<br>:<br>: |
| v. | :<br>: |
| AL JAZEERA INTERNATIONAL,<br>　　　Third Party Defendant<br>　　　and Counterclaim<br>　　　Plaintiff. | :<br>:<br>:<br>:<br>: |

**CERTIFICATE REQUIRED BY LCvR 7.1**

Pursuant to LCvR 7.1 of the United States District Court of the District of Columbia, I, the undersigned counsel for Al Jazeera International, a division of Al Jazeera Satellite Network, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Al Jazeera Satellite Network which have any outstanding securities in the hands of any American citizens.

These representations are made in order that judges of this Court may determine the need for recusal.

|  |  |
|---|---|
| Dated: January 31, 2007 | Respectfully submitted<br><br>_/s/ Leslie H. W./_<br>Leslie H. Wiesenfelder<br>(D.C. Bar No. 173500)<br><br>DOW LOHNES PLLC<br>1200 New Hampshire Ave., N.W.<br>Suite 800<br>Washington, DC 20036<br>(202) 776-2000<br><br>Attorneys for Third-Party Defendant<br>and Counterclaim Plaintiff<br>Al Jazeera International |