IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

QATAR NATIONAL BANK :
:
    Plaintiff :
:
v. : 1-06CV01307
:
WINMAR, INC.d/b/a :
WINMAR CONSTRUCTION :
:
    Defendant :

**PRAECIPE**
**SUBSTITUTION OF COUNSEL/ENTRY OF APPEARANCE**

Please remove Robert A. Kearbey as co-counsel for Defendants Winmar, Inc., d/ba/ Winmar Construction and replace with James F. Lee, Jr. and Trevor M. Ashbarry

    Respectfully submitted,

    LEE & McSHANE, P.C.

By:   /s/ Arthur T. K. Norris (438907)
    James F. Lee, Jr., Esq (247718)
    Trevor M. Ashbarry, Esq. (486313)
    1211 Connecticut Avenue, N.W.
    Suite 425
    Washington, D.C. 20036
    (202) 530-8100
    atn@lee-mcshane.com
    jfl@lee-mcshane.com
    ta@lee-mcshane.com

    Counsel for Defendant, Winmar, Inc.
    d/b/a Winmar Construction

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe was served electronically on this 15th Day of October, 2007 to:

| Ronald S. Liebman, Esq.<br>Alan T. Dickey, Esq.<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC 20037 | |

/s/ _____
Arthur T. K. Norris