IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK, | : |
| Plaintiff, | : |
| v. | : Case No.: 1-06CV01307 |
| WINMAR, INC. d/b/a WINMAR CONSTRUCTION, | : |
| Defendant and Third-Party Plaintiff. | : |
| WINMAR, INC. d/b/a WINMAR CONSTRUCTION, | : |
| Third-Party Plaintiff, and Counterclaim Defendant, | : |
| v. | : |
| AL-JAZEERA INTERNATIONAL, | : |
| Third-Party Defendant and Counterclaim Plaintiff. | : |

**REVISED NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Robert A. Kearbey as co-counsel for Defendant Winmar, Inc., d/b/a Winmar Construction. Please enter the appearance of James F. Lee, Jr. and Trevor M. Ashbarry as counsel for Defendant, Winmar Inc., d/b/a Winmar Construction.

Respectfully submitted,

LEE & McSHANE, P.C.

By: _____/s/_____
Arthur T. K. Norris (D.C. Bar No. 438907)
1211 Connecticut Avenue, N.W. Suite 425
Washington, D.C. 20036
(202) 530-8100
Fax: (202) 530-0402
atn@lee-mcshane.com

*Counsel for Defendant and Third-Party Plaintiff, Winmar, Inc. d/b/a Winmar Construction*

By: _____/s/_____
James F. Lee, Jr., Esq. (D.C. Bar No. 247718)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100
Fax: (202) 530-0402
jfl@lee-mcshane.com

*Counsel for Defendant and Third-Party Plaintiff, Winmar, Inc. d/b/a Winmar Construction*

By: _____/s/_____
Trevor M. Ashbarry, Esq. (D.C. Bar No. 486313)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100
Fax: (202) 530-0402
ta@lee-mcshane.com

*Counsel for Defendant and Third-Party Plaintiff, Winmar, Inc. d/b/a Winmar Construction*

Seen and Agreed,

_____/s/_____
Robert A. Kearbey, Esq (D.C. Bar No. 491700)
601 13th Street, N.W., Suite 1000 South
Washington, DC 20005-3807
(202)661-7604
Fax: (202)626-9001
kearbyr@ballardspahr.com

*Withdrawing Counsel for Defendant and Third-Party Plaintiff, Winmar, Inc. d/b/a Winmar Construction*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe was served electronically on this 30th day of October, 2007 to:

| | |
|---|---|
| Ronald S. Liebman, Esq.<br>Alan T. Dickey, Esq.<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>*Counsel for Plaintiff Qatar National Bank* | Leslie Hugh Wiesenfelder<br>DOW LOHNES PLLC<br>1200 New Hampshire Avenue, NW, Suite 800<br>Washington, DC 20036<br>*Counsel for Al-Jazeera International* |

_____/s/_____
Arthur T. K. Norris, Esquire