IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK, | : |
|     Plaintiff, | : |
| v. | :    Case No.: 1-06CV01307 |
| WINMAR, INC. d/b/a<br>WINMAR CONSTRUCTION, | : |
|     Defendant and Third-Party Plaintiff. | : |
| WINMAR, INC. d/b/a<br>WINMAR CONSTRUCTION, | : |
|     Third-Party Plaintiff, and<br>    Counterclaim Defendant, | : |
| v. | : |
| AL-JAZEERA INTERNATIONAL, | : |
|     Third-Party Defendant and<br>    Counterclaim Plaintiff. | : |

## SECOND REVISED NOTICE OF SUBSTITUTION OF COUNSEL

The Revised Notice of Substitution of Counsel, previously filed, erroneously sought to enter the appearance of Trevor M. Ashbarry as counsel for Defendant Winmar, Inc. The Revised Notice of Substitution of Counsel should have read as follows:

Please withdraw the appearance of Robert A. Kearbey as co-counsel for Defendant Winmar, Inc., d/b/a Winmar Construction. Please enter the appearance of James F. Lee, Jr. as counsel for Defendant, Winmar Inc., d/b/a Winmar Construction.

<table>
<tr><td>

Respectfully submitted,

LEE & McSHANE, P.C.

By: _____/s/_____
Arthur T. K. Norris (D.C. Bar No. 438907)
1211 Connecticut Avenue, N.W. Suite 425
Washington, D.C. 20036
(202) 530-8100
Fax: (202) 530-0402
atn@lee-mcshane.com

*Counsel for Defendant and Third-Party Plaintiff, Winmar, Inc. d/b/a Winmar Construction*

By: _____/s/_____
James F. Lee, Jr., Esq. (D.C. Bar No. 247718)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100
Fax: (202) 530-0402
jfl@lee-mcshane.com

*Counsel for Defendant and Third-Party Plaintiff, Winmar, Inc. d/b/a Winmar Construction*

</td><td>

Seen and Agreed,

_____/s/_____
Robert A. Kearbey, Esq (D.C. Bar No. 491700)
601 13th Street, N.W., Suite 1000 South
Washington, DC 20005-3807
(202)661-7604
Fax: (202)626-9001
kearbyr@ballardspahr.com

*Withdrawing Counsel for Defendant and Third-Party Plaintiff, Winmar, Inc. d/b/a Winmar Construction*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe was served electronically on this 30th day of October, 2007 to:

| Ronald S. Liebman, Esq.<br>Alan T. Dickey, Esq.<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>*Counsel for Plaintiff Qatar National Bank* | Leslie Hugh Wiesenfelder<br>DOW LOHNES PLLC<br>1200 New Hampshire Avenue, NW, Suite 800<br>Washington, DC 20036<br>*Counsel for Al-Jazeera International* |
|---|---|

/s/
Arthur T. K. Norris, Esquire