**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
QATAR NATIONAL BANK,           )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civil Action No. 06-1307 (GK)
                               )
WINMAR, INC.,                  )
d/b/a WINMAR CONSTRUCTION,     )
                               )
    Defendant and Third-       )
    Party Plaintiff.           )
_____)
                               )
WINMAR, INC.,                  )
d/b/a WINMAR CONSTRUCTION,     )
                               )
    Third-Party Plaintiff      )
    and Counterclaim           )
    Defendant,                 )
                               )
    v.                         )
                               )
AL-JAZEERA INTERNATIONAL,      )
                               )
    Third-Party Defendant      )
    and Counterclaim           )
    Plaintiff.                 )
_____)
```

**ORDER**

Upon consideration of the representations of the parties at the status conference held on October 31, 2007 and the entire record herein, it is hereby

**ORDERED** that this case is referred to Magistrate Judge Facciola for settlement purposes only; it is further

**ORDERED** that a scheduling conference shall be held on **February 7, 2008** at **10:00 a.m.**  The parties shall submit a joint meet and confer statement pursuant to Local Civil Rule 16.3 by **February 5, 2008.**

October 31, 2007
/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**