UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV01307 |
| ) | |
| WINMAR, INC. d/b/a ) | |
| WINMAR CONSTRUCTION ) | |
| ) | **SCHEDULING ORDER** |
| ) | |
| _____ ) | |

Upon consideration of the parties' Joint Meet and Confer Statement filed on February 5, 2008, upon hearing from the parties at the Court's Scheduling Conference on February 7, 2008, and upon considering all positions and arguments presented, it is HEREBY ORDERED that:

1. Discovery, other than initial disclosures, shall commence immediately.

2. The deadline for amending any pleadings shall be May 1, 2008.

3. Initial disclosures by all parties shall be made on or before February 11, 2008.

4. Other discovery and pretrial activity shall be governed by the following deadlines:

    a. For discovery relating to QNB's claims against Winmar and Winmar's defenses thereto:

    | | |
    |---|---|
    | Exchange Witness Lists: | March 10, 2008. |
    | Deadline for Document Discovery Requests To A Party: | March 24, 2008. |
    | Deadline for All Other Discovery Requests: | April 14, 2008. |
    | All Discovery Closed: | May 16, 2008. |

    b. For discovery relating to claims between and among Winmar and AJI and defenses by those parties thereto:

    | | |
    |---|---|
    | Exchange Witness Lists: | April 7, 2008. |

**Exhibit A**

       Deadline for Document Discovery
            Requests To A Party:            April 17, 2008.

       Deadline for All Other Discovery Requests:    June 2, 2008.

       All Discovery Closed:                   September 8, 2008.

5.     The deadline for motions and cross-motions for summary judgment relating to QNB's claims against Winmar shall be April 10, 2008. The deadline for all other motions and cross-motions for summary judgment shall be October 8, 2008. The respondent party shall have 20 days from the date of filing of such motion to file an opposition, and the movant shall have an additional 10 days thereafter to file a reply in support of the original motion.

6.     A maximum of 25 interrogatories and 25 requests for admission shall be allowed by each party to each other party, and a maximum of seven depositions may be conducted by each party.

7.     The pretrial conference should be set for 60 days after the Court's order denying the last dispositive motion unless a dispositive motion is granted mooting the need for a pretrial conference.

                                                   _____
                                                   Gladys Kessler
                                                   United States District Judge

Copies to:

Alan T. Dickey (DC Bar # 496403)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037

*Attorneys for Plaintiff Qatar National Bank*

James F. Lee, Jr., (DC Bar No. 247718)
Arthur T. K. Norris, (DC Bar No. 438907)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036

*Attorneys for Defendant Winmar Construction*

Leslie H. Wiesenfelder (D.C. Bar No. 173500)
DOW LOHNES PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC 20036

*Attorneys for Third-Party Defendant and Counterclaim Plaintiff Al Jazeera International*

3