UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>WINMAR, INC. d/b/a )<br>WINMAR CONSTRUCTION )<br>)<br>    Defendant )<br>_____ ) | Case No.: 1:06CV01307<br><br><br><br>**PLAINTIFF QATAR NATIONAL BANK'S<br>INITIAL DISCLOSURE** |

Qatar National Bank ("QNB") by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(1) and by order of this Court dated February 5, 2008, hereby disclose the following:

**A.    Fed. R. Civ. P. 26(a)(1)(A):**

The following individuals are likely to have discoverable information that QNB may use to support their claims:

| | Name | Address and Telephone Number | Subjects of Information |
|---|---|---|---|
| 1. | Rasha Hassan Rasheed | c/o Alan T. Dickey<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>(202) 457-6000 | QNB employee with knowledge of the timing, nature, and content of transactions and communications relating to the duplicate wire transfer at issue in QNB's Complaint. |
| 2. | Majid Burnhan Mahmoud | c/o Alan T. Dickey<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>(202) 457-6000 | QNB employee with knowledge of the timing, nature, and content of transactions and communications relating to the duplicate wire transfer at issue in QNB's Complaint. |
| 3. | Krishna Ranganathan | Unknown at this time. | Former QNB employee with knowledge of the timing, nature, and content of transactions and communications relating to the duplicate wire transfer at issue in QNB's Complaint. |
| 4. | Kyle Ritchie | Unknown at this time. | Employee of JPMorgan Chase Bank, N.A. with knowledge of the |

| | **Name** | **Address and Telephone Number** | **Subjects of Information** |
|---|---|---|---|
| | | | timing, nature, and content of transactions and communications relating to the duplicate wire transfer at issue in QNB's Complaint. |
| 5. | Claudia Rios | Unknown at this time. | Employee of Defendant Winmar, Inc. with knowledge of communications between QNB and Winmar. |

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, QNB will supplement this list as additional discoverable information to support its claims becomes known.

**B.     Fed. R. Civ. P. 26(a)(1)(B):**

The following categories of documents may support QNB's claims are in QNB's possession, custody or control: e-mail, wire, facsimile, and other electronic correspondence between and among QNB; Winmar; Al-Jazeera; JPMorgan Chase Bank; and Citibank Federal Savings Bank. These documents are located in the electronic files of QNB, as well as the files of Winmar; Al-Jazeera; JPMorgan Chase Bank; and Citibank Federal Savings Bank. Pursuant to the Federal Rules of Civil Procedure and the Local Rules, QNB will supplement this list as additional discoverable documents to support its claims become known.

**C.     Fed. R. Civ. P. 26(a)(1)(C):**

QNB is entitled to recover damages from Winmar in the amount of the value of the $474,677.00 duplicate transfer made by QNB to Winmar. QNB also is entitled to recover from Winmar the pre- and post-judgment interest on this amount as well as the QNB's attorneys' fees and costs as allowed by law. The amount of these interest, fees, and costs are not yet known.

**D.     Fed. R. Civ. P. 26(a)(1)(D):**

Not applicable to QNB (as Plaintiff).

DATED:     February 11, 2007                    Respectfully submitted,


      /s/ Alan T. Dickey
Alan T. Dickey (DC Bar # 496403)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Attorneys for Plaintiff*
*Qatar National Bank*

3