## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV01307 (GK) |
| | ) | |
| WINMAR, INC. d/b/a | ) | |
| WINMAR CONSTRUCTION | ) | **AGREED MOTION TO MODIFY** |
| | ) | **THE SCHEDULING ORDER** |
| _____ | ) | |

      All parties in this action, Plaintiff, Qatar National Bank; Defendant and Third Party Plaintiff Winmar, Inc. d/b/a Winmar Construction; and Third Party Defendant and Counterclaim Plaintiff Al Jazeera International (collectively "the Parties"), hereby request limited modifications to the Scheduling Order signed by this Court on February 5, 2008. The Parties request that the Court modify that Scheduling Order by signing the proposed Revised Scheduling Order attached hereto. The proposed Revised Scheduling Order (1) extends the Parties' deadlines for exchanging witness lists; and (2) extends Winmar's and QNB's deadline for filing motions for summary judgment relating to QNB's claims against Winmar and Winmar's defenses thereto. All other deadlines remain the same as in the previous Scheduling Order. Counsel for all of the Parties have conferred, and all of the Parties agree to the relief requested herein.

DATED:    April 1, 2008                         Respectfully submitted,


      /s/ Alan T. Dickey
Alan T. Dickey (DC Bar # 496403)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Attorneys for Plaintiff*
*Qatar National Bank*


      /s/ Arthur T. K. Norris
James F. Lee, Jr., (DC Bar No. 247718)
Arthur T. K. Norris, (DC Bar No. 438907)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100

*Attorneys for Defendant*
*Winmar Construction*


      /s/ Leslie H. Wiesenfelder
Leslie H. Wiesenfelder (D.C. Bar No. 173500)
DOW LOHNES PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC 20036
(202) 776-2726

*Attorneys for Third-Party Defendant*
*and Counterclaim Plaintiff Al Jazeera International*