UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QATAR NATIONAL BANK,                :
                                    :
         **Plaintiff,**              :
                                    :
    v.                              :    Civil Action No. 06-1307 (GK)
                                    :
WINMAR, INC., d/b/a                 :
WINMAR CONSTRUCTION,                :
                                    :
         **Defendant.**              :

### ORDER

Upon consideration of the parties' Agreed Motion to Modify the Scheduling Order, it is this 2nd day of April, 2008, hereby **ORDERED**:

1. Discovery, other than initial disclosures, shall commence immediately.

2. The deadline for amending any pleadings shall be **May 1, 2008**.

3. Initial disclosures by all parties shall be made on or before **February 11, 2008**.

4. Other discovery and pretrial activity shall be governed by the following deadlines:

    a. For discovery relating to QNB's claims against Winmar and Winmar's defenses thereto:

    | | |
    |---|---|
    | Exchange witness lists: | May 7, 2008 |
    | Deadline for Document Discovery Requests to a Party: | March 24, 2008 |
    | Deadline for All Other Discovery: | April 14, 2008 |
    | All Discovery Closes: | May 16, 2008 |

      b.      For discovery relating to claims between and among Winmar and AJI and defenses by those parties thereto:

| | |
|---|---|
| Exchange Witness Lists: | May 7, 2008 |
| Deadline for Document Discovery Requests to a Party: | April 17, 2008 |
| Deadline for all Other Discovery: | June 2, 2008 |
| All Discovery Closes: | September 8, 2008 |

     5.     The deadline for motions and cross-motions for summary judgment relating to QNB's claims against Winmar shall be June 16, 2008. The deadline for all other motions and cross-motions for summary judgment shall be October 8, 2008. The respondent party shall have 20 days from the date of filing of such motion to file an opposition, and the movant shall have an additional 10 days thereafter to file a reply in support of the original motion.

     6.     A maximum of 25 interrogatories and 25 requests for admission shall be allowed by each party to each other party, and a maximum of seven depositions may be conducted by each party.

     7.     The pretrial conference is hereby set for **December 18, 2008, at 4:15 p.m.**

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**