IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK, | : | |
| Plaintiff, | : | Civil Action No. 1:06-cv-1307(GK) |
| v. | : | |
| WINMAR, INC., | : | |
| Defendant and Third | : | |
| Party Plaintiff. | : | |
| _____ | : | |
| WINMAR, INC., | : | |
| Third Party Plaintiff | : | |
| and Counterclaim | : | |
| Defendant, | : | |
| v. | : | |
| ALJAZEERA INIERNATIONAL, | : | |
| Third Party Defendant | : | |
| and Counterclaim | : | |
| Plaintiff. | : | |
| _____ | : | |

## QATAR NATIONAL BANK'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Qatar National Bank ("QNB") by and through its undersigned counsel, hereby respectfully moves this Court for Summary Judgment on Counts I and II of its Complaint pursuant to Federal Rule of Civil Procedure 56. QNB respectfully requests this Court to enter an order granting QNB's Motion for Summary Judgment as to each cause of action in QNB's Complaint, and for other relief that this Court deems just and proper.

A Statement of Facts as to Which There is No Genuine Dispute, a Memorandum of Points and Authorities in Support of this Motion, exhibits and a proposed Order are filed herewith for the Court's consideration.

QNB requests that the Court permit an oral hearing to address the issues raised in this Motion.

DATED:   June 16, 2008                    Respectfully submitted,


                                            /s/ Alan T. Dickey
                                            Alan T. Dickey (DC Bar # 496403)
                                            PATTON BOGGS LLP
                                            2550 M Street, N.W.
                                            Washington, D.C. 20037
                                            Telephone: (202) 457-6000
                                            Facsimile: (202) 457-6315

                                            *Attorneys for Plaintiff*
                                            *Qatar National Bank*