# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

QATAR NATIONAL BANK,    :
Plaintiff,    :        Civil Action No. 1:06-cv-1307(GK)
v.    :
WINMAR, INC.,    :
Defendant and Third    :
Party Plaintiff.    :
_____  :
WINMAR, INC.,    :
Third Party Plaintiff    :
and Counterclaim    :
Defendant,    :
v.    :
ALJAZEERA INIERNATIONAL,    :
Third Party Defendant    :
and Counterclaim    :
Plaintiff.    :
_____  :

## <u>DECLARATION OF ALAN T. DICKEY</u>

1.     I am a member of the law firm of Patton Boggs LLP, attorneys for Qatar National Bank ("QNB"), and am a member of the bar of this Court. I respectfully submit this Declaration in support of QNB's Motion for Summary Judgment in this action. This Declaration is based upon personal knowledge of the facts set forth herein.

2.     The documents attached hereto as Exhibit A are true and correct copies of documents produced to QNB by Winmar in this lawsuit. I have added the Bates numbering designation "WIN___" at the bottom of each page for ease of reference.

3.     The document attached hereto as Exhibit B is a true and correct copy of an e-mail produced to me by Third-Party Defendant Al-Jazeera International's counsel, Leslie Wiesenfelder, on June 11, 2008. Mr. Wiesenfeelder stated to me that this e-mail was sent to him by Winmar's counsel, James Lee on February 3, 2008. I contacted Winmar's counsel on June 13, 2008 by e-mail

and voice mail to confirm that Winmar does not dispute the authenticity of the e-mail.  However, I have not yet received a response.

4.    I declare under penalty of perjury that the foregoing is true and correct.

DATED:    June 16, 2008                    Respectfully submitted,


Alan T. Dickey (DC Bar #  496403)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone:  (202) 457-6000
Facsimile: (202) 457-6315

*Attorneys for Plaintiff*
*Qatar National Bank*

2

# Exhibit A

Case 1:06-cv-01807-GK Document 25-5 Filed 06/16/2008 Page 5 of 35



# ALJAZEERA INTERNATIONAL

## Facsimile Transmittal

| | | | |
|---|---|---|---|
| **ATTN:** | Mr. Chris Condon | **From:** | Ms. Anabelle Rojas |
| **Company:** | Winmar Construction | **Date:** | 27 October 2005 |
| **Fax #:** | 1-202-331-7010 | **Pages:** | 2 |
| **Ref #:** | Transfer confirmation | **CC:** | |
| **Subject:** | Payment Transfer | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Mr. Condon:

Attached is the bank's fund transfer application for the deposit payment of $645,161.00.

If you have any further concerns, please feel free to contact me.

Regards,

**Anabelle Rojas**
**Chief Financial Accountant**
**Phone: 974-489-0719**
**Anabelle.rojas@aljazeera.net**

P.O. Box 23127, Doha, State of Qatar
Tel: 4890777 Fax: 4862854

WIN001

27-OCT-2005 THU 11:24  AL JAZEERA INT MON DEPT  FAX NO. 9974 4882854  P. 02/02
27-OCT-2005 THU 13:55  QNB WESTBAY BR QNH BLD  FAX NO.  P. 01/02

Case 1:02-cv-01307-GK   Document 35-5   Filed 06/16/2008   Page 6 of 35



**QNB الوطني** طـلـب تـحـويـل
Funds Transfer Application

| | |
|---|---|
| Branch _West Bay_ الفرع | Date 27/10/05 التاريخ |

**Please Issue** برجى إصدار

| Demand Draft ☐ شيك مصرفي | Manager's Cheque ☐ شيك مدير | Currency العملة US$ |
|---|---|---|
| Telex Transfer ☑ حوالة بالتلكس | Internal Transfer ☐ تحويل داخلي | Amount المبلغ 645,161 |

| **Beneficiary Details** (Complete in BLOCK CAPITALS only) تفاصيل المستفيد | | |
|---|---|---|
| Name الإسم _Winmar Construction_ | | FX Rate 3.6415 |
| Address العنوان | | |
| | | QAR Amount |
| | | Commission |
| or لي | | Postage |
| Account Number رقم الحساب _15210855_ | | |
| Bank البنك _CitiBank_ | | Telex Charges 50 |
| SWIFT Code رمز سويفت | | |
| Sort Code / BL / ABA Number _254070116_ | | Total QAR 2,349,403.78 |
| Branch الفرع | | |

| **Payment Details** (Narrative to be included with payment) تفاصيل الدفعة (يجب ذكر التفاصيل مع الدفعة) |
|---|
| |

**Beneficiary ID** هوية المستفيد
(رقم جواز السفر/رقم الهوية الشخصية/رقم الهاتف مطلوب/للدفع النقدي عند تحديد الهوية)
(Passport Number / ID Card Number / Telephone number required for Cash Payment on Identification)

| I /We shall abide by the conditions stated overleaf أنا / نحن نمتثل للشروط المبينة خلف الصفحة | **For Bank Use Only** |
|---|---|
| Applicant Name إسم العميل _AL-Jaz. Int'l_ | Paying Bank _C. N. Bank_ Country _U.S.A_ |
| Applicant Address العنوان | Value Date 27/10/05 |
| Tel / Mobile Number رقم الهاتف | Charges ☑ BEN ☐ OUR Ref Number _5722740001488_ |
| Payment by Cash دفعة نقدية ☐ | Validation |
| Debit my Account أقيدوا على حسابي _0247-001994-00_ | |
| Signature التوقيع _As per attached_ | |

| Entered by أدخلت بواسطة _Ka...._ | Reviewed by روجعت بواسطة | Authorised by اعتمدت بواسطة |
|---|---|---|

QNB/03/09-HM

Customer

Value Transfer - 1420279002-00296 B627 P
0247001994001
ALJAZEERA.E.C.E
645,161.00 USD
WEST BAY BRANCH
0020024 AT 12:08 ON 27/10/05

WIN002

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE 1 OF 2 PAGES

**TO:**
AJ International
1627 K Street NW
Washington, DC
Attn:

**PROJECT NAME:**
AJ International
1627 K Street NW
Washington, DC

**APPLICATION #:** 2

**PERIOD TO:** 31-Oct-05

**DISTRIBUTION TO:**
X OWNER
X ARCHITECT
X CONTRACTOR

**FROM (CONTRACTOR):**
Winmar, Inc.
901 15th Street, NW, Suite 800
Washington, DC 20005

**ARCHITECT:**
JANSON DESIGN GROUP
257 Park Avenue South, Suite 303
New York, NY 10010

**ARCHITECT'S PROJECT #:**

WINMAR JOB # 205  139

CONTRACT FOR: Construction Work

## CONTRACTORS APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in Connection with the Contract
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM................................... | $ 2,351,615 |
| 2. Net Change By Change Orders........................... | $ 522,135 |
| 3. CONTRACT SUM TO DATE (Line 1+2)................... | $ 2,873,750 |
| 4. TOTAL COMPLETED AND STORED TO DATE....... | $ 1,244,264 |
| 5. RETAINAGE: | |
| a. 10 % of Work Completed | $ 124,426 |
| b. _____ % of Stored Material/Deposit | $ - |
| Total Retainage (Line 5a +5b or Total in Column 1 of G703)... | $ 124,426 |
| 6. TOTAL EARNED LESS RETAINAGE............... | $ 1,119,837 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate)... | $ 645,161 |
| 8. CURRENT PAYMENT DUE........................... | $ 474,677 |
| 9. BALANCE TO FINISH, INCL. RETAINAGE........ | $ 1,753,913 |

Deposit Monies

## CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner | | |
| Total Previous Month = | $ | $ |

Approved this Month:

| Number | Brief Description | | |
|---|---|---|---|
| CO#1 | F&I specified Trane Mulkistak chiller | $ 157,000 | |
| CO#2 | Premium time per contingency | $ 365,135 | |

| | | |
|---|---|---|
| Total This Month = | $ 522,135 | $ - |
| Net Change By Change Orders | $ 522,135 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Winmar, Inc.

By: _____ October 20, 2005
Edward Villegas, President

State of:
Subscribed and sworn before me this 20 day of Oct 2005
County of

Notary Public: _____

My Commission expires: 8-14-08

## ARCHITECTS CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED.................................
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:

By: _____ 12/7/05

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of Payment are without prejudice to any Rights of the Owner or Contractor under this Contract.

DOCUMENT G702

G702-1983

WIN003

**CONTINUATION SHEET**  To: AJ International   From: Winmar, Inc.

DOCUMENT G703     PAGE 2 OF 2 PAGES

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT
Contractor's signed Certification is attached.
In tabulations below, amounts may be stated to the nearest dollar.

APPLICATION NO.: **2**
APPLICATION DATE: 10/20/05
PERIOD TO: 10/31/05
PROJECT NAME: AJ International

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREV. APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED / DEPOSIT (NOT IN D OR E) | TOTAL COMPLETED & STORED TO DATE (D+E+F) | (G / C) | BALANCE TO FINISH (C−G) | RETAINAGE 10% |
| 1 | General Conditions | $ 81,800 | $ 8,180 | $ 16,360 | | $ 24,540 | 40% | $ 57,260 | 2,454 |
| 2 | Demolition/Sitework | $ 9,500 | $ 950 | $ 6,500 | | $ 7,450 | 78% | $ 2,050 | 745 |
| 3 | Concrete | $ 12,655 | $ 1,266 | $ - | | $ 1,266 | 10% | $ 11,390 | 127 |
| 4 | Rough & Finish Carpentry | $ 36,525 | $ 3,663 | $ 5,500 | | $ 9,153 | 25% | $ 27,373 | 915 |
| 5 | Doors, Frames Misc. | $ 115,623 | $ 11,562 | $ - | | $ 11,562 | 10% | $ 104,061 | 1,156 |
| 6 | Drywall Partitions & Framing | $ 156,215 | $ 15,622 | $ 25,000 | | $ 40,622 | 26% | $ 115,594 | 4,062 |
| 7 | Carpet | $ 43,915 | $ 4,392 | $ - | | $ 4,392 | 10% | $ 39,524 | 439 |
| 8 | Painting | $ 10,115 | $ 1,012 | $ - | | $ 1,012 | 10% | $ 9,104 | 101 |
| 9 | Equipment | by owner/LL | $ - | $ - | | $ - | 0% | $ - | |
| 10 | Third party inspections | $ 6,800 | $ 680 | $ 6,120 | | $ 6,800 | 100% | $ 6,800 | 680 |
| 11 | Fire Protection | $ 53,515 | $ 5,352 | $ 12,125 | | $ 17,477 | 33% | $ 36,039 | 1,748 |
| 12 | Plumbing | $ 21,945 | $ 2,195 | $ 19,751 | | $ 21,946 | 100% | $ (1) | 2,195 |
| 13 | HVAC | $ 686,312 | $ 204,631 | $ 18,000 | | $ 222,631 | 32% | $ 463,681 | 22,263 |
| 14 | Electrical & F/A | $ 865,955 | $ 360,595 | $ 32,525 | | $ 393,120 | 45% | $ 472,835 | 39,312 |
| 15 | GC OH & Fee | $ 250,740 | $ 25,074 | $ 75,222 | | $ 100,296 | 40% | $ 150,444 | 10,030 |
| | Original Contract Amount = | $ 2,351,615 | | | | | | | |
| | **Change Orders:** | | | | | | | | |
| 1 | F&I specified Trane Mulkistak chiller | $ 157,000 | $ - | $ 157,000 | | $ 157,000 | 100% | $ - | 15,700 |
| 2 | Premium time per contingency | $ 365,135 | $ - | $ 225,000 | | $ 225,000 | 62% | $ - | 22,500 |
| | **Totals** | $ 2,873,750 | $ 645,161 | $ 599,103 | $ - | $ 1,244,264 | 43% | $ ########## | $ 124,426 |

G703-1992

WIN004

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE 1 OF 2 PAGES

**TO:**
AJ International
1627 K Street NW
Washington DC
Attn:

**FROM (CONTRACTOR):**
Winmar, Inc.
901 15th Street, NW, Suite 800
Washington, DC 20005

**CONTRACT FOR:** Construction Work

**PROJECT NAME:**
AJ International
1627 K Street NW
Washington, DC

**ARCHITECT:**
JANSON DESIGN GROUP
257 Park Avenue South, Suite 303
New York, NY 10010

**APPLICATION #:** 2b

**PERIOD TO:** 31-Oct-05

**ARCHITECT'S PROJECT #:**

WINMAR JOB # 205 139

**DISTRIBUTION TO:**
X OWNER
X ARCHITECT
X CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in Connection with the Contract
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM................... | $ | 2,351,615 |
| 2. Net Change By Change Orders............. | $ | 522,135 |
| 3. CONTRACT SUM TO DATE (Line 1+2)........ | $ | 2,873,750 |
| 4. TOTAL COMPLETED AND STORED TO DATE....... | $ | 1,350,138 |
| 5. RETAINAGE: | | |
| a. ___10___ % of Work Completed | $ | 136,014 |
| b. ___ % of Stored Material/Deposit | $ | - |
| Total Retainage (Line 5a +5b or | | |
| Total in Column I of G703)............ | | |
| 6. TOTAL EARNED LESS RETAINAGE.............. | $ | 136,014 |
| 7. LESS PREVIOUS CERTIFICATES FOR | $ | 1,224,124 |
| PAYMENT (Line 6 from prior Certificate)... | | |
| 8. CURRENT PAYMENT DUE...................... | $ | 1,244,266 |
| | $ | 115,872 |
| 9. BALANCE TO FINISH, INCL. RETAINAGE...... | $ | 1,649,626 |

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner | | |
| Total Previous Month = | $ 522,135 | $ - |
| Approved this Month: | | |

**Number** | **Brief Description**

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total This Month = | $ - | $ - |
| Net Change By Change Orders | $ 522,135 | |

The undersigned Contractor certifies that to the best
of the Contractor's knowledge, information and belief,
the Work covered by this Application for Payment has
been paid by the Contractor for Work for which previous
Certificates for Payment were issued and payments re-
ceived from the Owner, and that current payment shown
herein is now due.

CONTRACTOR: Winmar, Inc.

Edwin C. Villegas, President

By:

October 20, 2005

District of Columbia
Subscribed and sworn before me this ___20___ day of ___Oct___, 2005

Notary Public:

My Commission expires: 8-14-10

**AMOUNT CERTIFIED**
(Attach explanation if amount certified differs from the amount
applied for.)

ARCHITECT:
By: ___ 10/7/05 ___
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable
only to the Contractor named herein. Issuance, payment and accept-
ance of payment are without prejudice to any Rights of the Owner
or Contractor under this Contract.

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on
on-site observations and the data comprising the above
application, the Architect certifies to the Owner
that to the best of the Architect's knowledge, infor-
mation and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract
Documents, and the Contractor is entitled to payment of
the AMOUNT CERTIFIED.
DOCUMENT G702

G702-1983

WIN0005

# CONTINUATION SHEET    To: AJ International   From: Wilimair, Inc

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT
Contractor's signed Certification is attached.
In tabulations below, amounts may be stated to the nearest dollar.

APPLICATION NO.
APPLICATION DATE
PERIOD TO DATE
PROJECT NAME

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREV. APPLICATION (D+E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED / DEPOSIT (NOT IN D OR E) | G TOTAL COMPLETED & STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | General Conditions | $ 81,800 | $ 24,540 | $ - | | $ 24,540 | 40% | $ 57,260 | $ 2,454 |
| 2 | Demolition/Sitework | $ 9,500 | $ 7,450 | $ - | | $ 7,450 | 78% | $ 2,050 | $ 745 |
| 3 | Concrete | $ 12,655 | $ 1,266 | $ - | | $ 1,266 | 10% | $ 11,390 | $ 127 |
| 4 | Rough & Finish Carpentry | $ 36,525 | $ 9,153 | $ - | | $ 9,153 | 25% | $ 27,372 | $ 915 |
| 5 | Doors, Frames Misc. | $ 115,623 | $ 11,562 | $ - | | $ 11,562 | 10% | $ 104,061 | $ 1,156 |
| 6 | Drywall Partitions & Framing | $ 156,215 | $ 40,622 | $ - | | $ 40,622 | 26% | $ 115,593 | $ 4,062 |
| 7 | Carpet | $ 43,915 | $ 4,392 | $ - | | $ 4,392 | 10% | $ 39,524 | $ 439 |
| 8 | Painting | $ 10,115 | $ 1,012 | $ - | | $ 1,012 | 10% | $ 9,104 | $ 101 |
| 9 | Equipment | by owner/LL | | | | | 0% | - | |
| 10 | Third party inspections | $ 6,800 | $ 6,800 | $ - | | $ 6,800 | 100% | $ 6,800 | $ 680 |
| 11 | Fire Protection | $ 53,515 | $ 17,477 | $ - | | $ 17,477 | 33% | $ 36,038 | $ 1,748 |
| 12 | Plumbing | $ 21,945 | $ 21,946 | $ - | | $ 21,946 | 100% | $ 36,038 | $ 2,195 |
| 13 | HVAC | $ 686,312 | $ 222,631 | $ 57,936 | | $ 280,567 | 41% | $ 405,745 | $ 28,057 |
| 14 | Electrical & F/A | $ 865,955 | $ 393,120 | $ 57,936 | | $ 451,056 | 52% | $ 414,899 | $ 45,106 |
| 15 | GC OH & Fee | $ 250,740 | $ 100,296 | $ - | | $ 100,296 | 40% | $ 150,444 | $ 10,030 |
| | Original Contract Amount = | $ 2,351,615 | | | | | | | |
| | **Change Orders:** | | | | | | | | |
| 1 | F&I specified Trane Multistak chiller | $ 157,000 | $ 157,000 | $ - | | $ 157,000 | 100% | $ - | $ 15,700 |
| 2 | Premium time per contingency | $ 365,135 | $ 225,000 | $ - | | $ 225,000 | 62% | $ - | $ 22,500 |
| | **Totals** | $ 2,873,750 | $ 1,244,266 | $ 115,872 | $ - | $ 1,360,138 | 47% | ########### | $ 136,014 |

G703-1992

WIN006

# APPLICATION AND CERTIFICATE FOR PAYMENT

TO:
AJ International
1627 K Street NW
Washington DC

FROM (CONTRACTOR):
Winmar, Inc.
901 15th Street, NW, Suite 800
Washington, DC 20005

CONTRACT FOR: Construction Work

PROJECT NAME:
AJ International
1627 K Street NW
Washington DC
ARCHITECT:
JANSON DESIGN GROUP
257 Park Avenue South, Suite 303
New York, NY 10010

APPLICATION #: 3
PERIOD TO: 30-Nov-05
ARCHITECT'S PROJECT #:

WINMAR JOB # 205  139

PAGE 1 OF 2 PAGES
DISTRIBUTION TO:
X OWNER
X ARCHITECT
X CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM.................................... | $ | 2,351,616 |
| 2. Net Change By Change Orders.............................. | $ | 522,135 |
| 3. CONTRACT SUM TO DATE (Line 1+2)....................... | $ | 2,873,750 |
| 4. TOTAL COMPLETED AND STORED TO DATE............. | $ | 2,136,051 |
| 5. RETAINAGE: | | |
| a.  10  %  of Work Completed | $ | 213,605 |
| b. _____ % of Stored Material/Deposit | $ | |
| Total Retainage (Line 5a +5b or | | |
| Total in Column 1 of G703)................................ | | |
| 6. TOTAL EARNED LESS RETAINAGE................... | $ | 213,605 |
| 7. LESS PREVIOUS CERTIFICATES FOR | $ | 1,922,446 |
| PAYMENT (Line 6 from prior Certificate)............ | | |
| 8. CURRENT PAYMENT DUE................................ | $ | 1,360,138 |
| 9. BALANCE TO FINISH, INCL. RETAINAGE............. | $ | 775,913 |
| | $ | 951,304 |

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner | | |
| Total Previous Month = | $  522,135 | $ |
| Approved this Month: | | |

Number    Brief Description

| November 21, 2005 | | |
|---|---|---|
| Total This Month = | $  - | $ |
| Net Change By Change Orders | $  522,135 | $  - |

The undersigned Contractor certifies that to the best
of the Contractor's knowledge, information and belief,
the Work covered by this Application for Payment has
been paid by the Contractor for Work for which previous
Certificates for Payment were issued and payments re-
ceived from the Owner, and that current payment shown
herein is now due.
CONTRACTOR: Winmar, Inc.

By: _____
Edwin G. Villasor, President

District of Columbia
Subscribed and sworn to before me this  21  day of  Nov  2005
Notary Public: _____
My Commission expires  8-14-10

AMOUNT CERTIFIED................................ $ _____
(Attach explanation if amount certified differs from the amount
applied for.)
ARCHITECT:
By: _____  Date  12/7/06
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable
only to the Contractor named herein. Issuance, payment and accept-
ance of payment are without prejudice to any Rights of the Owner
or Contractor under this Contract.

### ARCHITECT'S CERTIFICATE FOR PAYMENT
In accordance with the Contract Documents, based on
on-site observations and the data comprising the above
application, the Architect certifies to the Owner
that to the best of the Architect's knowledge, infor-
mation and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract
Documents, and the Contractor is entitled to payment of
the AMOUNT CERTIFIED.
DOCUMENT G702

G702-1983

WIN007

**CONTINUATION SHEET**  To: AJ International    From: Winmar, Inc.

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT
Contractor's signed Certification is attached.
In tabulations below, amounts may be stated to the nearest dollar.

**DOCUMENT G703**    **PAGE 2 OF 2 PAGES**

| APPLICATION NO.: | 3 |
| APPLICATION DATE: | 10/20/05 |
| PERIOD TO: | 10/31/05 |
| PROJECT NAME: | AJ International |

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREV. APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED / DEPOSIT (NOT IN D OR E) | TOTAL COMPLETED & STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C-G) | RETAINAGE 10% |
| 1 | General Conditions | $ 81,800 | $ 24,540 | $ 32,720 | | $ 57,260 | 70% | $ 24,540 | $ 5,726 |
| 2 | Demolition/Sitework | $ 9,500 | $ 7,450 | $ 1,125 | | $ 8,575 | 90% | $ 925 | $ 858 |
| 3 | Concrete | $ 12,655 | $ 1,266 | $ 7,593 | | $ 8,858 | 70% | $ 3,797 | $ 886 |
| 4 | Rough & Finish Carpentry | $ 36,525 | $ 9,153 | | | $ 9,153 | 25% | $ 27,372 | $ 915 |
| 5 | Doors, Frames Misc. | $ 115,623 | $ 11,562 | $ 69,374 | | $ 80,936 | 70% | $ 34,687 | $ 8,094 |
| 6 | Drywall Partitions & Framing | $ 156,215 | $ 40,622 | $ 68,729 | | $ 109,351 | 70% | $ 46,865 | $ 10,935 |
| 7 | Carpet | $ 43,915 | $ 4,392 | | | $ 4,392 | 10% | $ 39,524 | $ 439 |
| 8 | Painting | $ 10,115 | $ 1,012 | $ 6,069 | | $ 7,080 | 70% | $ 3,035 | $ 708 |
| 9 | Equipment | by owner/LL | | | | | 0% | $ - | $ - |
| 10 | Third party inspections | $ 6,800 | $ 6,800 | | | $ 6,800 | 100% | $ - | $ 680 |
| 11 | Fire Protection | $ 53,515 | $ 17,477 | $ 19,984 | | $ 37,461 | 70% | $ 16,055 | $ 3,746 |
| 12 | Plumbing | $ 21,945 | $ 21,946 | | | $ 21,946 | 100% | $ (1) | $ 2,195 |
| 13 | HVAC | $ 686,312 | $ 280,567 | $ 199,851 | | $ 480,418 | 70% | $ 205,894 | $ 48,042 |
| 14 | Electrical & F/A | $ 865,955 | $ 451,056 | $ 155,113 | | $ 606,169 | 70% | $ 259,787 | $ 60,617 |
| 15 | GC OH & Fee | $ 250,740 | $ 100,296 | $ 75,222 | | $ 175,518 | 70% | $ 75,222 | $ 17,552 |
| | Original Contract Amount = | $ 2,351,615 | | | | | | | |
| | Change Orders: | | | | | | | | |
| 1 | F&I specified Trane Multistak chiller | $ 157,000 | $ 157,000 | - | | $ 157,000 | 100% | $ - | $ 15,700 |
| 2 | Premium time per contingency | $ 365,135 | $ 225,000 | 140,135 | | $ 365,135 | 100% | $ - | $ 36,514 |
| | | $ | $ | $ - | | $ | | $ - | |
| | **Totals** | $ 2,873,750 | $ 1,360,138 | $ 775,913 | $ - | $ 2,136,051 | 74% | $ 744,499 | $ 213,605 |

G703-1992

WIN008

# APPLICATION AND CERTIFICATE FOR PAYMENT

| TO: | PROJECT NAME: | APPLICATION #: | 1 | Change Orders | | PAGE ONE OF PAGES |
|---|---|---|---|---|---|---|
| AJ International | AJ International | | | | | DISTRIBUTION TO: |
| 1627 K Street NW | 1627 K Street NW | PERIOD TO: | 07-Dec-05 | | | X OWNER |
| Washington DC | Washington, DC | | | | | X ARCHITECT |
| Attn: | Attn: | ARCHITECT'S PROJECT #: | | | | X CONTRACTOR |
| **FROM (CONTRACTOR):** Winmar, Inc. | **ARCHITECT:** JANSON DESIGN GROUP | | WINMAR JOB # 205- 139 | | | |
| 901 15th Street, NW, Suite 800 | 257 Park Avenue South, Suite 303 | | | | | |
| Washington, DC 20005 | New York, NY 10010 | | | | | |

CONTRACT FOR: Construction Work

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in Connection with the Contract
Continuation Sheet, AIA Document G703, is attached.

**CHANGE ORDER SUMMARY**
Change Orders approved in previous months by Owner

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total Previous Month = | $    - | $    - |

Approved this Month:

| Number | Brief Description | | |
|---|---|---|---|
| CO#3 | Revised Buckhoist | $ | 48,415 |
| CO#4 | UPS Changed spec | $ | 48,355 |
| CO#5 | Generator | $ | 93,447 |
| CO#6A | | $ | 152,515 |
| CO#6C | | $ | 37,385 |
| CO#7 | Sprinklers | $ | 33,523 |
| CO#8 | Glass | $ | 20,467 |
| CO#10 | Electrical | $ | 302,238 |
| | Total This Month = | $ | 736,345 | $    - |
| | Net Change By Change Orders | $ | 736,345 | $ 736,345 |

1. ORIGINAL CONTRACT SUM.................................... $ 736,345
2. Net Change By Change Orders.............................. $ 736,345
3. CONTRACT SUM TO DATE (Line 1+2)...................... $ -
4. TOTAL COMPLETED AND STORED TO DATE........... $ 471,678
5. RETAINAGE:
   a.     0    %    of Work Completed
   b.          % of Stored Material/Deposit        $     -
   Total Retainage (Line 5a +5b or
   Total in Column 1 of G703)..........................
6. TOTAL EARNED LESS RETAINAGE......................... $ 471,678
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate).............. $ -
8. CURRENT PAYMENT DUE........................................ $ 471,678
9. BALANCE TO FINISH, INCL. RETAINAGE................. $ 271,467

State of:
Subscribed and sworn before my this     7     day of     Dec     2005
County of:

Notary Public:
My Commission expires:     8-14-10

The undersigned Contractor certifies that to the best
of the Contractor's knowledge, information and belief,
the Work covered by this Application for Payment has
been paid by the Contractor for Work for which previous
Certificates for Payment were issued and payments re-
ceived from the Owner, and that current payment shown
herein is now due.

CONTRACTOR: Winmar, Inc.
Edwin C. Villagas, President

By:     December 7th 2005

ARCHITECT'S CERTIFICATE FOR PAYMENT
In accordance with the Contract Documents, based on
on-site observations and the data comprising the above
application, the Architect certifies to the Owner
that to the best of the Architect's knowledge, infor-
mation and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract
Documents, and the Contractor is entitled to payment of
the AMOUNT CERTIFIED.
DOCUMENT G702

AMOUNT CERTIFIED
(Attach explanation if amount certified differs from the amount
applied for.)
ARCHITECT:
By:
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable
only to the Contractor named herein. Issuance, payment and accept-
ance of payment are without prejudice to any Rights of the Owner
or Contractor under this Contract.

G702-1983

WIN009

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
Contractor's signed Certification is attached.
In tabulations below, amounts may be stated to the nearest dollar.

To: AJ International   From: Willmar, Inc.

DOCUMENT G703
APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
PROJECT NAME

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREV. APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED / DEPOSIT (NOT IN D OR E) | G TOTAL COMPLETED & STORED TO DATE (D+E+F) | (%) (G/C) | H BALANCE TO FINISH (C-G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CO#3 Revised Buckhoist | $ 48,415 | | $ 24,208 | | 24,208 | 50% | $ 24,207 | $ |
| 2 | CO#4 UPS Changed spec | $ 48,355 | | $ 38,684 | | 38,684 | 80% | $ 9,671 | $ |
| 3 | CO#5 Generator | $ 93,447 | | $ 65,413 | | 65,413 | 70% | $ 28,034 | $ |
| 4 | CO#6A | $ 152,515 | | $ 91,509 | | 91,509 | 60% | $ 61,006 | $ |
| 5 | CO#6C | $ 37,385 | | $ 33,647 | | 33,647 | 90% | $ 3,738 | $ |
| 6 | CO#7 Sprinklers | $ 33,523 | | $ 16,762 | | 16,762 | 50% | $ 16,761 | $ |
| 7 | CO#8 Glass | $ 20,467 | | $ 5,000 | | 5,000 | 24% | $ 15,467 | $ |
| 8 | CO#10 Electrical | $ 302,238 | | $ 196,455 | | 196,455 | 65% | $ 105,783 | $ |
| 9 | | | | | | - | 0% | | $ |
| 10 | | | | | | - | #DIV/0I | $ 6,800 | $ |
| 11 | | | | | | - | #DIV/0I | | $ |
| 12 | | | | | | - | #DIV/0I | | $ |
| 13 | | | | | | - | #DIV/0I | | $ |
| 14 | | | | | | - | #DIV/0I | | $ |
| 15 | | | | | | - | #DIV/0I | | $ |
| | Original Contract Amount = | $ 736,345 | | | | | | | |
| 1 | | | $ - | $ - | | - | #DIV/0I | $ | $ |
| 2 | | | $ - | $ - | | - | #DIV/0I | $ | $ |
| | Totals | $ 736,345 | $ - | $ 471,678 | $ - | 471,678 | 64% | $ 271,467 | $ |

G703-1992

WIN010

# ꭐꭐꭑWINMAR

December 22, 2005

**OVERNIGHT DELIVERY**
**& FACSIMILE**
Stephen Nease
AJ International
1627 K Street, NW
Washington, DC

**OVERNIGHT DELIVERY**
**& FACSIMILE (770)-901-8874**
Randall Smith, Esq.
Dow, Lohnes & Albertson, PLLC
One Ravinia Drive
Suite 1600
Atlanta, GA 30346

Re:     Al Jazeera International Interior Buildout of 1627 K Street Space –Notice of Default and Direction to Cure.

Pursuant to Article 5.1.2.4 of the A101 contract between Al Jazeera International ("AJI") and Winmar, Inc. ("Winmar") (dated November 23, 2005),  and the A201 General Conditions, Winmar hereby provides notice to AJI that AJI is in material breach of the contract.  Winmar, in accordance with Article 5.1.2.4, directors AJI to cure the material breach of the contract within three days (the "Cure Period").  The contract is in default for the following reasons:

(1)     Application and Certificate for Payment Application Number 2b was submitted by Winmar on October 20, 2005, in the amount of $115,872.

(2)     Application and Certificate for Payment Application Number 3 was submitted by Winmar on November 21, 2005, in the amount of $775,913.

(3)     Application and Certificate for Payment Application Number 1 (for Change Orders) was submitted by Winmar on December 7, 2005, in the amount of $471,678.

(4)     These three Payment Applications, totaling $1,363,463, were certified for payment by the Architect on December 7, 2005.

(5)     Taking the most liberal calculation allowed by the contract, AJI should have made payment on all three of these Payment Applications no later than December 10, 2005.  (Article 5.1.3)

As of this date, AJI has failed to make payment of $1,363,463 which is due and owing under the contract. Accordingly and pursuant to Article 5.1.2.4, Winmar shall give AJI three days to cure the material breach of the contract by making payment of this outstanding amount.  If AJI fails to cure its material breach by making payment to Winmar, Winmar reserves the right to provide AJI the one day notice required by Article 5.1.2.4 of the contract and thereafter suspend or terminate the Work.

Respectfully,

Christopher T. Condon
Vice President
Winmar Construction
office 202-292-0106
fax 202-331-07010
cell 301-991-6548
www.winmar.net

901 15ᵗʰ Street Suite #800 Washington DC 20005      o 202-292-0140     f 202-331-7010
Washington, DC  -  New York  -  Philadelphia  -  Miami, FL
**www.winmar.net**

WINO11

# JANSON DESIGN GROUP

ARCHITECTURE
ACOUSTIC DESIGN

January 5, 2006

Mr. Chris T. Condon
Vice President
Winmar Construction Company
901 15th Street  NW
Suite 800
Washington D.C.  2005

Re:    Aljazeera International
       1627 K Street NW
       Washington DC Construction Project

Dear Chris:

As you know, Aljazeera International USA has retained Mark Anderson Consulting as their owner's representative for the "K" Street project. I feel confident that the project will go much smoother as a result of this and I am sure that you will find working with them an enjoyable experience.

In reviewing the history of this project with them, including the certificates for payment that Winmar has submitted to date, we have come to the conclusion that three of the certificates for payment previously certified have been certified in error.

Due to a number of discrepancies in the below listed Application and Certification for Payment documents, as well as the lack of appropriate supporting documentation, we are withdrawing our certification of these applications until such time as they can be corrected and or otherwise supported by appropriate documentation sufficient to warrant them being certified. To help you, one example would be the premium time [totaling some $140,000] that was included in application number 3, which as you told us last week, should not have been included. We will provide you shortly a more comprehensive list of those items that require additional documentation, as well as those items that appear to need correction.

These are applications that were certified in error and for which we are therefore rescinding certification are numbers 1, 2b and 3 dated 07 December 05, 31 October 05 and 30 November 05 respectively that amount to $1,363,463.

I look forward to working with you to resolve the discrepancies and verify the documentation so that we can properly certify applications for payment. I would like to do this at your earliest convenience.

Sincerely,


Dennis C. Janson  AIA  NCARB
Managing Partner

cc      Gary Napier
        Mark Anderson
        Randy Smith
        Jon Hart


257 park avenue south, new york, new york 10010 •212.228.5550
•fax 212.673.3588

WIN012

JANSON
DESIGN
GROUP

ARCHITECTURE
ACOUSTIC DESIGN

January 6, 2006

Mr. Chris T. Condon
Vice President
Winmar Construction Company
901 15th Street   NW
Suite 800
Washington D.C.  2005

Re;   Aljazeera International USA
      1627 K Street
      Washington D.C. Construction Project

Dear Chris:

As promised in my January 5th letter, we have prepared a more specific list of items that need to be addressed in order to move forward with the invoicing process and get the project back on track from an administrative point of view.  In our view what we are doing not only is necessary but also is entirely consistent with our obligation to AJI under Section 9.5 of the General Conditions, which authorizes us to nullify the whole or part of a Certificate for Payment previously issued.  Please be assured that we are as anxious as you to resolve this matter as quickly as possible.

We need to see a reconciliation of all payments and costs to date, prior to being able to re-certify any of the Certificates for Payment addressed in my January 5th letter or issuing any new ones.

To that end, please provide the following information at your earliest convenience, so that we can review, confirm and once everything is in order, get you paid.

1.    Partial lien releases for Winmar, all subcontractors and suppliers, indicating initial contract amounts, showing payments to date, and showing payments pending for work in place.  Such lien releases should be on a form acceptable to AJI.  Please submit your form of lien release to our owner's representative, Mark G. Anderson Consultants, with copy to our firm.

2.    Evidence in the form of purchase orders and delivery dates for long lead time equipment (generators, chillers, air handling equipment, electrical gear) indicating receipt of deposits.  Previous evidence from the subcontractor is not acceptable – it needs to be from the manufacturer, showing that the equipment has been ordered.  Also, an appropriate value for the released equipment needs to be agreed to, prior to releasing funds.  Winmar has not provided the value of this equipment, from review of our available documents.

3.    Backup for the overtime expenditure to date, including a calculation of how the premium time rates are calculated.  Provide backup indicating what subcontractors have billed,

WIN013

JANSON
DESIGN
GROUP

ARCHITECTURE
ACOUSTIC DESIGN

along with self-performed work. We would expect time sheets, and the superintendent's daily reports indicating man power levels by trade.

4.  Correction of Winmar's Requisitions, which contains mathematical errors, and billings in excess of approved change order amounts.

5.  Provide full back up for change order numbers 6A, 6C and 10.

6.  Previously submitted subcontractor backup for change orders does not provide adequate information for review / verification.   Provide further backup for all change orders, including material breakdown, rates, markups, fees, and other charges, with a breakdown by subcontractor, general conditions and fees.

We welcome a constructive business attitude toward resolving these open issues.  We look forward to receipt of the above information so that we can work toward the successful completion of this project.


Sincerely,


Dennis C. Janson

Managing Partner


Cc    Gary Napier

        Jon Hart

        Randy Smith

        Mark Anderson

WIN014

DOW, LOHNES & ALBERTSON, PLLC
ATTORNEYS AT LAW

WASHINGTON, D.C.

LESLIE H. WIESENFELDER
DIRECT DIAL 202·776·2726
lwiesen@dowlohnes.com

1200 NEW HAMPSHIRE AVENUE, N.W.·SUITE 800 · WASHINGTON, D.C. 20036-6802
TELEPHONE 202·776·2000 · FACSIMILE 202·776·2222
www.dowlohnes.com

ONE RAVINIA DRIVE · SUITE 1600
ATLANTA, GEORGIA 30346-2108
TELEPHONE 770·901·8800
FACSIMILE 770·901·8874

January 12, 2006

**VIA EMAIL & U.S. MAIL**

Terrence M. McShane, Esquire
James F. Lee, Jr., Esquire
Lee & McShane, PC
Suite 425
1211 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re:    **Contract Between Al Jazeera International USA and Winmar, Inc.**

Dear Messrs. McShane and Lee:

Pursuant to the conversation Jonathan Hart and I had with Mr. McShane following our unsuccessful settlement discussions yesterday, this is to provide written confirmation of the decision made by our client, Al Jazeera International USA ("AJI"), to terminate its contract with your client, Winmar, Inc., for the 1627 K Street, N.W., Washington, D.C. project pursuant to Section 14.4 of the General Conditions as of the close of business yesterday, January 11, 2006.

Winmar, Inc. is hereby directed to cease all operations and to do nothing further at the jobsite. AJI will undertake to protect and preserve the Work. To the extent your client believes that any of its personal property remains on the jobsite, please contact Kris Collins or Clive Brady to coordinate retrieval of any such property. In addition, in order to facilitate the transition to a replacement contractor, AJI hereby requests that Winmar, Inc. assign all existing subcontracts and purchase orders to the replacement contractor and otherwise cooperate in those obligations being assumed by the replacement contractor to the extent possible.

You client's cooperation in this regard will go a very long way toward facilitating an expeditious resolution of the amount due to Winmar, Inc. in accordance with Section 14.4.3 of the General Conditions. To that end, we look forward to whatever additional suggestions you and Mr. Lee may have to achieving that goal.

Terrence M. McShane, Esquire
January 12, 2006
Page 2

Sincerely yours,

Leslie H. Wiesenfelder

LHW/cds
cc:    Gary Napier [Via Email]
        Clive Brady [Via Email]
        Randall Smith, Esq. [Via Email]
        Jonathan Hart, Esq. [Via Email]
        Mark Anderson [Via Email]
        Kris Collins [Via Email]
        Edwin Villegas [Via Email]

# ᄢᄆWINMAR
### c o n s t r u c t i o n

# FAX COVER SHEET

| TO: Kris Collins | FROM: Edwin Villegas |
|---|---|
| COMPANY: MGA | DATE: 1-18-06 |
| FAX NUMBER: 202-942-3939 | TOTAL # OF PAGES (INCL COVER): 3 |
| PHONE NUMBER: 202-942-3913 | SENDER'S REFERENCE NUMBER: |
| RE: Requisition #3 – Rev #1 – Final Close-out | CC: Jim Lee, Lee & McShane |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Kris
Please see the attached requisition per your clients request. I have forwarded this to you assuming that you are certifying in lieu of the Architect. Please confirm assumption and advise if we need to forward it to anyone else. If any additional questions, please contact me ASAP via cell #202-494-0497.

Sincerely

Edwin Villegas, President

901 15th Street, NW  Suite 800    Washington, DC 20005  o 202-292-0106  f 202-331-7010
Washington, DC  New York  Philadelphia  Miami, FL
www.winmar.net

WIN017

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE 1 OF 2 PAGES

| | |
|---|---|
| **TO:** | AJ International<br>1627 K Street NW<br>Washington DC<br>Attn: |
| **FROM (CONTRACTOR):** | Winmar, Inc.<br>901 15th Street, NW, Suite 800<br>Washington, DC 20005 |

**PROJECT NAME:**
AJ International
1627 K Street NW
Washington, DC

**ARCHITECT:**
JANSON DESIGN GROUP
257 Park Avenue South, Suite 303
New York, NY 10010

**APPLICATION #:** 3    Rev. #1

**PERIOD TO:** 11-Jan-06

**ARCHITECT'S PROJECT #:**

**DISTRIBUTION TO:**
X OWNER
X ARCHITECT
X CONTRACTOR

**CONTRACT FOR:** Construction Work

WINMAR JOB # 205 - 139

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in Connection with the Contract
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. | ORIGINAL CONTRACT SUM | $ 2,351,615 |
| 2. | Net Change By Change Orders | $ 1,290,110 |
| 3. | CONTRACT SUM TO DATE (Line 1+2) | $ 3,641,725 |
| 4. | TOTAL COMPLETED AND STORED TO DATE | $ 1,773,287 |
| 5. | RETAINAGE: | |
| | a. _10_ % of Work Completed | $ − |
| | b. ____ % of Stored Material/Deposit | $ − |
| | Total Retainage (Line 5a + 5b or<br>Total in Column 1 of G703) | |
| 6. | TOTAL EARNED LESS RETAINAGE | $ 1,773,287 |
| 7. | LESS PREVIOUS CERTIFICATES FOR<br>PAYMENT (Line 6 from prior Certificate) | $ 1,119,838 |
| 8. | CURRENT PAYMENT DUE | $ 653,449 |
| | BALANCE TO FINISH, INCL. RETAINAGE | $ 1,868,438 |

## CHANGE ORDER SUMMARY

Change Orders approved in
previous months by Owner

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total Previous Month = | $ 1,290,110 | $ |

Approved this Month:

| Number | Brief Description | | |
|---|---|---|---|
| | | | |
| | Total This Month = | $ | $ − |
| Net Change By Change Orders | $ 1,290,110 | |

The undersigned Contractor certifies that to the best
of the Contractor's knowledge, information and belief,
the Work covered by this Application for Payment has
been paid by the Contractor for Work for which previous
Certificates for Payment were issued and payments re-
ceived from the Owner, and that current payment shown
herein is now due.
CONTRACTOR: Winmar, Inc.
Edwin C. Villegas, President

By: _____    January 18, 2006

District of Columbia
Subscribed and sworn before me this ___ day of ____ 2006

Notary Public: _____

My Commission expires: 5-14-10

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on
on-site observations and the data comprising the above
application, the Architect certifies to the Owner
that to the best of the Architect's knowledge, infor-
mation and belief the Work has progressed as indicated,
the quality of the Work is accordance with the Contract
Documents, and the Contractor is entitled to payment of
the AMOUNT CERTIFIED.

AMOUNT CERTIFIED _____
(Attach explanation if amount certified differs from the amount
applied for.)
ARCHITECT:

By: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable
only to the Contractor named herein. Issuance, payment and accept-
ance of payment are without prejudice to any Rights of the Owner
or Contractor under this Contract.

DOCUMENT G702

G702-1983

WIN018

**CONTINUATION SHEET**  To: AJ International  From: Winmar, Inc.

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT
Contractor's signed Certification is attached.
In tabulations below, amounts may be stated to the nearest dollar.

**DOCUMENT G703**

PAGE 2 OF 2 PAGES

APPLICATION NO: 3 Rev. #1
APPLICATION DATE: 01/18/06
PERIOD TO: 01/11/06
PROJECT NAME: AJ International

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREV. APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED / DEPOSIT (NOT IN D OR E) | TOTAL COMPLETED & STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) | RETAINAGE 0% |
| 1 | General Conditions | $ 81,800 | $ 24,540 | $ 32,720 | | $ 57,260 | 70% | $ 24,540 | $ - |
| 2 | Demolition/Sitework | $ 9,500 | $ 7,450 | $ 2,050 | | $ 9,500 | 100% | $ - | $ - |
| 3 | Concrete | $ 12,655 | $ 1,266 | $ (1,266) | | $ - | 0% | $ 12,655 | $ - |
| 4 | Rough & Finish Carpentry | $ 36,525 | $ 9,153 | $ 5,457 | | $ 14,610 | 40% | $ 21,915 | $ - |
| 5 | Doors, Frames Misc. | $ 115,623 | $ 11,562 | $ (11,562) | | $ - | 0% | $ 115,623 | $ - |
| 6 | Drywall Partitions & Framing | $ 156,215 | $ 40,622 | $ 76,539 | | $ 117,161 | 75% | $ 39,054 | $ - |
| 7 | Carpet | $ 43,915 | $ 4,392 | $ (4,392) | | $ - | 0% | $ 43,915 | $ - |
| 8 | Painting | $ 10,115 | $ 1,012 | $ (1,012) | | $ - | 0% | $ 10,115 | $ - |
| 9 | Equipment | by owner/LL | | | | $ - | 0% | $ - | $ - |
| 10 | Third party inspections | $ 6,800 | $ 6,800 | $ (6,800) | | $ - | 0% | $ 6,800 | $ - |
| 11 | Fire Protection | $ 53,515 | $ 17,477 | $ 3,929 | | $ 21,406 | 40% | $ 32,109 | $ - |
| 12 | Plumbing | $ 21,945 | $ 21,946 | $ (4,390) | | $ 17,556 | 80% | $ 4,389 | $ - |
| 13 | HVAC | $ 686,312 | $ 280,567 | $ 96,905 | | $ 377,472 | 55% | $ 308,840 | $ - |
| 14 | Electrical & F/A | $ 865,955 | $ 451,056 | $ (191,270) | | $ 259,787 | 30% | $ 606,169 | $ - |
| 15 | GC OH & Fee | $ 250,740 | $ 100,296 | $ 150,444 | | $ 250,740 | 100% | $ - | $ - |
| | | $ 2,351,615 | | | | | | | |
| | **Change Orders:** | | | | | | | | |
| 1 | F&I specified Trane Multistak chiller | $ 157,000 | $ 157,000 | $ (70,650) | | $ 86,350 | 55% | $ 70,650 | $ - |
| | Premium time per contingency | $ 365,135 | $ 225,000 | $ - | | $ 225,000 | 62% | $ 140,135 | $ - |
| 2 | CO#3 Revised Buckhoist | $ 48,415 | $ - | $ 36,311 | | $ 36,311 | 75% | $ 12,104 | $ - |
| 3 | WM O/H Fee for C/O #3 | | $ - | $ - | | $ - | 100% | $ - | $ - |
| 4 | CO#4 UPS Changed spec | $ 48,355 | $ - | $ 14,507 | | $ 14,507 | 30% | $ 33,849 | $ - |
| | WM O/H Fee for C/O #4 | $ 7,130 | $ - | $ 7,130 | | $ 7,130 | 100% | $ - | $ - |
| 5 | CO#5 Generator | $ 86,525 | $ - | $ 25,958 | | $ 25,958 | 30% | $ 60,559 | $ - |
| | WM O/H Fee for C/O #5 | $ 6,922 | $ - | $ 6,922 | | $ 6,922 | 100% | $ - | $ - |
| 6 | CO#6A - Steel Dunnage | $ 141,215 | $ - | $ 77,668 | | $ 77,668 | 55% | $ 63,547 | $ - |
| | WM O/H Fee for C/O #6A | $ 11,300 | $ - | $ 11,300 | | $ 11,300 | 100% | $ - | $ - |
| 7 | CO#6C - Revised MEP plans #1 | $ 34,615 | $ - | $ 19,038 | | $ 19,038 | 55% | $ 15,577 | $ - |
| | WM O/H Fee for C/O #6C | $ 2,770 | $ - | $ 2,770 | | $ 2,770 | 100% | $ - | $ - |
| 8 | CO#7 Sprinkles | $ 31,040 | $ - | $ - | | $ - | 0% | $ 31,040 | $ - |
| | WM O/H Fee for C/O #7 | $ 2,483 | $ - | $ 2,483 | | $ 2,483 | 100% | $ - | $ - |
| 9 | CO#8 Glass | $ 18,951 | $ - | $ - | | $ - | 0% | $ 18,951 | $ - |
| | WM O/H Fee for C/O #8 | $ 1,516 | $ - | $ 1,516 | | $ 1,516 | 100% | $ - | $ - |
| 10 | CO#10 Electrical | $ 279,850 | $ - | $ 83,955 | | $ 83,955 | 30% | $ 195,895 | $ - |
| | WM O/H Fee for C/O #10 | $ 22,388 | $ - | $ 22,388 | | $ 22,388 | 100% | $ - | $ - |
| 11 | Suspension Fees per Contract | $ 24,500 | $ - | $ 24,500 | | $ 24,500 | 100% | $ - | $ - |
| | **Change Order Total:** | $ 1,290,110 | | | | | | | |
| | **Totals** | $ 3,641,725 | $ 1,360,138 | $ 413,149 | $ - | $ 1,773,287 | 49% | $ 1,868,438 | $ - |

G703-1992

WIN019

# JANSON DESIGN GROUP

ARCHITECTURE
ACOUSTIC DESIGN

**Member**
Society of Motion Picture and Television Engineers
Audio Engineering Society
National Association of Broadcasters
American Institute of Architects

## Memorandum

**Date:**     January 19, 2006

**To:**      Kris Collins

**From:**    Dennis Janson

**Re:**      Winmar invoice number dated 1/18/06

**cc:**      Gary Napier/Joe Montalbano/Lindsay Dawkins

---

Kris........

Thank you for forwarding Winmar's latest invoice dated 1/18/06 in the amount of $853,449. I have reviewed this invoice and it appears to be a somewhat revised version of their last invoice that they sent, albeit it does not state that and is not clear as to the work it is supposed to cover.

I cannot approve this invoice for the above reason and without the same kind of back up that I requested in my previous memo to Winmar.

If you have any questions regarding this, please do not hesitate to give me a call.

Regards,

Dennis

*917-952-1115*

*→ IMORROW we sent it For $653,449 -Edwin*

*→ CC: FRANCINA @ Lee + Meshane*

257 park avenue south new york, ny 10010 ph 212.228.5550 fax

WIN020

# DOW, LOHNES & ALBERTSON, PLLC
### ATTORNEYS AT LAW

LESLIE H. WIESENFELDER
DIRECT DIAL 202-776-2726
lwiesen@dowlohnes.com

WASHINGTON, D.C.

1200 NEW HAMPSHIRE AVENUE, N.W. · SUITE 800 · WASHINGTON, D.C. 20036-6802
TELEPHONE 202-776-2000 · FACSIMILE 202-776-2222
www.dowlohnes.com

ONE RAVINIA DRIVE · SUITE 1600
ATLANTA, GEORGIA 30346-2108
TELEPHONE 770-901-8800
FACSIMILE 770-901-8874

January 19, 2006

<u>VIA EMAIL & U.S. MAIL</u>

James F. Lee, Jr., Esquire
Lee & McShane, PC
Suite 425
1211 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re:    Contract Between Al Jazeera International and Winmar, Inc.

Dear Mr. Lee:

Reference is made to my January 12, 2006, letter to you providing written confirmation of the termination for convenience of the contract between Al Jazeera International ("AJI") and Winmar, Inc. ("Winmar") for the 1627 K Street, N.W., Washington, D.C. project pursuant to Section 14.4 of the General Conditions and to our subsequent conversation.

My understanding from you is that Winmar has not taken any steps to implement AJI's request that Winmar assign all existing subcontracts and purchase orders to the replacement contractor. AJI now hereby withdraws that request. Moreover, to the extent Winmar has not already done so, Winmar is directed to comply with Section 14.4.2.3 of the General Conditions and "terminate all existing subcontracts and purchase orders and enter into no further subcontracts and purchase orders."

AJI recognizes that, pursuant to Section 14.4.3 of the General Conditions, Winmar is "entitled to receive payment for Work executed, and costs incurred by reason of such termination, along with reasonable overhead and profit on the Work not executed." The amount of that payment constitutes a Claim within the meaning of Section 4.3.1 of the General Conditions, which provides that the "responsibility to substantiate Claims shall rest with the party making the Claim." It seems to me to be inefficient and counterproductive for Winmar to continue to refuse to provide documentation substantiating its Claim on the ground that under its view of the contract, that documentation is not required. This is especially so when that position has effectively been rejected by the Architect in his letters to Winmar dated January 5 and 6, 2006, rescinding certain certifications and requesting supporting documentation including, but not limited to, a reconciliation of all payments and costs to date. Moreover, Section 4.4.2 (1) of the General Conditions expressly gives the Architect the authority "to request additional supporting data from the claimant" as part of his review of a Claim.

James F. Lee, Jr., Esquire
January 19, 2006
Page 2

AJI would like to arrive at a resolution with Winmar as informally and expeditiously as possible; however, AJI is entitled to have Winmar substantiate whatever Claim it makes. In this regard, in addition to the information the Architect has requested for the purpose of evaluating Winmar's applications for payment, AJI has the following requests for information to enable it to determine the amount due Winmar:

1.      For each subcontractor, copies of all submittals (approved or submitted), purchase orders, invoices, as well as cancelled checks and any other documentation demonstrating the amounts paid each subcontractor.

2.      Contract and contact information for the suppliers of the doors/frames/hardware package and documentation showing its current status. Without this information, AJI will have no choice but to order this package on its own. If this information is not provided by January 25, 2006, AJI will not compensate Winmar for any portion of this item.

3.      Contract and contact information for the suppliers of the sprinkler system and documentation showing its current status. Without this information, AJI will have no choice but to order this system on its own. If this information is not provided by January 25, 2006, AJI will not compensate Winmar for any portion of this item.

4.      Contract and contact information for the concrete, carpentry, drywall, acoustic provisions, carpet, painting, glass and buck hoist and documentation showing the current status of each. Without this information, AJI will have no choice but to order these items on its own. AJI will not compensate Winmar for any portion of those items for which this information is not provided by January 25, 2006.

5.      Please identify the portions of the Work, including those listed in paragraph 4 above, that Winmar was going to perform with its own forces.

Please be advised that to the extent Winmar elects to withhold any of this information and AJI is damaged as a result, AJI will offset the resulting damages from any amounts otherwise due Winmar. Also, please be advised that in the event Winmar rejects AJI's offer to proceed toward a resolution of the amount due Winmar through the informal process I am suggesting, AJI will take all steps necessary to enforce its rights under the contract including, but not limited to, the procedures set forth in Section 4.3 for the resolution of claims and disputes.

We hope that your client will agree to proceed informally, which I believe is in everyone's best interests. To that end, I look forward to hearing from you.

James F. Lee, Jr., Esquire
January 19, 2006
Page 3

Sincerely yours,

Leslie H. Wiesenfelder

LHW/cds
cc:    Gary Napier [Via Email]
       Clive Brady [Via Email]
       Randall Smith, Esq. [Via Email]
       Jonathan Hart, Esq. [Via Email]
       Mark Anderson [Via Email]
       Kris Collins [Via Email]

# APPLICATION AND CERTIFICATE FOR PAYMENT

| | | | |
|---|---|---|---|
| **TO:** | **PROJECT NAME:** | **APPLICATION #:** 3 Rev. #2 | **PAGE 1 OF 2 PAGES** |
| AJ International | AJ International | **PERIOD TO:** 11-Jan-06 | **DISTRIBUTION TO:** X OWNER |
| 1627 K Street NW | 1627 K Street NW | | |
| Washington DC | Washington, DC | **ARCHITECT'S PROJECT #:** | X ARCHITECT |
| Attn: | **ARCHITECT:** | | |
| **FROM (CONTRACTOR):** | JANSON DESIGN GROUP | | X CONTRACTOR |
| Winmar, Inc. | 257 Park Avenue South, Suite 303 | | |
| 901 15th Street, NW, Suite 800 | New York, NY 10010 | **WINMAR JOB # 205 - 139** | |
| Washington, DC 20005 | | | |

**CONTRACT FOR:** Construction Work

**CONTRACTOR'S APPLICATION FOR PAYMENT**

Application is made for Payment, as shown below, in Connection with the Contract Continuation Sheet, AIA Document G703, is attached.

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner | | |
| **Total Previous Month =** | $ 1,290,110 | $ - |

Approved this Month:

| Number | Brief Description | | |
|---|---|---|---|
| | Feul Tank C/O #6B | $ 81,625 | |
| | WM O/H Fee for C/O #6B | $ 6,530 | |

| **Total This Month =** | $ 88,155 | $ - |
|---|---|---|

**Net Change By Change Orders** $ 1,378,265

| | | |
|---|---|---|
| 1. | ORIGINAL CONTRACT SUM................................ | $ 2,361,615 |
| 2. | Net Change By Change Orders....................... | $ 1,378,265 |
| 3. | CONTRACT SUM TO DATE (Line 1+2)................. | $ 3,729,880 |
| 4. | TOTAL COMPLETED AND STORED TO DATE........ | $ 1,475,135 |
| 5. | RETAINAGE: | |
| | a.  0  %  of Work Completed | $ - |
| | b. _____ % of Stored Material/Deposit | $ - |
| | Total Retainage (Line 5a +5b or | |
| | Total in Column I of G703)............. | |
| 6. | TOTAL EARNED LESS RETAINAGE................... | $ 1,475,135 |
| 7. | LESS PREVIOUS CERTIFICATES FOR | |
| | PAYMENT (Line 6 from prior Certificate)........... | $ 1,119,838 |
| 8. | CURRENT PAYMENT DUE................................ | $ 355,297 |
| 9. | BALANCE TO FINISH, INCL. RETAINAGE........... | $ 2,254,745 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the Work covered by this Application for Payment has been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.
**CONTRACTOR: Winmar, Inc.**
Edwin C. Villegas, President

By: _____ January 23, 2006

District of Columbia
Subscribed and sworn before me this 23 day of Jan 2006

Notary Public: _____

My Commission expires: 8-14-10

**ARCHITECT'S CERTIFICATE FOR PAYMENT**
In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.
**DOCUMENT G702**

AMOUNT CERTIFIED..........................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any Rights of the Owner or Contractor under this Contract.

G702/1983

WIN024

**CONTINUATION SHEET**  To: AJ International  From: Winmar, Inc.

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT
Contractor's signed Certification is attached.
In tabulations below, amounts may be stated to the nearest dollar.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **DOCUMENT G703** | | | | | | **PAGE 2 OF 2 PAGES** | | |
| APPLICATION NO: | | 3  Rev. #1 | | | | | | |
| APPLICATION DATE: | | 01/23/06 | | | | | | |
| PERIOD TO: | | 01/11/06 | | | | | | |
| PROJECT NAME: | | AJ International | | | | | | |

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREV. APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED/DEPOSIT (NOT IN D OR E) | G TOTAL COMPLETED & STORED TO DATE (D+E+F) | % (G/C) | H BALANCE TO FINISH (C-G) | I RETAINAGE 0% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | General Conditions | $ 81,800 | $ 24,540 | 32,720 | | $ 57,260 | 70% | $ 24,540 | $ |
| 2 | Demolition/Sitework | $ 9,500 | $ 7,450 | 2,050 | | $ 9,500 | 100% | $ - | $ |
| 3 | Concrete | $ 12,655 | $ 1,266 | (1,266) | | $ - | 0% | $ 12,655 | $ |
| 4 | Rough & Finish Carpentry | $ 36,525 | $ 9,153 | 5,457 | | $ 14,610 | 40% | $ 21,915 | $ |
| 5 | Doors, Frames Misc. | $ 115,623 | $ 11,562 | (11,562) | | $ - | 0% | $ 115,623 | $ |
| 6 | Drywall Partitions & Framing | $ 156,215 | $ 40,622 | 76,539 | | $ 117,161 | 75% | $ 39,054 | $ |
| 7 | Carpet | $ 43,915 | $ 4,392 | (4,392) | | $ - | 0% | $ 43,915 | $ |
| 8 | Painting | $ 10,115 | $ 1,012 | (1,012) | | $ - | 0% | $ 10,115 | $ |
| 9 | Equipment | by owner/LL | | | | $ - | 0% | $ - | $ |
| 10 | Third party inspections | $ 6,800 | $ 6,800 | (6,800) | | $ - | 0% | $ 6,800 | $ |
| 11 | Fire Protection | $ 53,515 | $ 17,477 | 3,929 | | $ 21,406 | 40% | $ 32,109 | $ |
| 12 | Plumbing | $ 21,945 | $ 21,946 | (4,390) | | $ 17,556 | 80% | $ 4,389 | $ |
| 13 | HVAC | $ 686,312 | $ 280,567 | (15,651) | | $ 264,916 | 39% | $ 421,396 | $ |
| 14 | Electrical & F/A | $ 865,955 | $ 451,056 | (305,576) | | $ 145,480 | 17% | $ 720,475 | $ |
| 15 | GC O/H & Fee | $ 250,740 | $ 100,296 | 150,444 | | $ 250,740 | 100% | $ - | $ |
| | **Original Contract Amount =** | $ 2,351,615 | | | | | | | |
| | **Change Orders:** | | | | | | | | |
| 1 | FJU specified Trane Multistak chiller | $ 157,000 | $ 157,000 | (96,398) | | $ 60,602 | 39% | $ 96,398 | $ |
| 2 | Premium time per contingency | $ 365,185 | $ 225,000 | (0) | | $ 225,000 | 62% | $ 140,135 | $ |
| 3 | CO#3 Revised Buckhoist | $ 48,415 | $ - | 36,311 | | $ 36,311 | 75% | $ 12,104 | $ |
| | WM O/H Fee for C/O #3 | - | - | | | - | 100% | - | $ |
| 4 | CO#4 UPS Changed spec | $ 48,355 | | 8,124 | | $ 8,124 | 17% | $ 40,231 | $ |
| | WM O/H Fee for C/O #4 | 7,130 | | 7,130 | | 7,130 | 100% | - | $ |
| 5 | CO#5 Generator | $ 86,525 | | 14,536 | | $ 14,536 | 17% | $ 71,989 | $ |
| | WM O/H Fee for C/O #5 | 6,922 | | 6,922 | | 6,922 | 100% | - | $ |
| 6 | CO#6A - Steel Dunnage | $ 141,215 | | 54,509 | | $ 54,509 | 39% | $ 86,706 | $ |
| | WM O/H Fee for C/O #6A | 11,300 | | 11,300 | | 11,300 | 100% | - | $ |
| 7 | CO#6C - Revised MEP plans #1 | $ 34,615 | | 13,361 | | $ 13,361 | 39% | $ 21,254 | $ |
| | WM O/H Fee for C/O #6C | 2,770 | | 2,770 | | 2,770 | 100% | - | $ |
| 8 | CO#7 Sprinklers | $ 31,040 | | | | $ - | 0% | $ 31,040 | $ |
| | WM O/H Fee for C/O #7 | 2,483 | | 2,483 | | 2,483 | 100% | - | $ |
| 9 | CO#8 Glass | $ 18,951 | | | | $ - | 0% | $ 18,951 | $ |
| | WM O/H Fee for C/O #8 | 1,516 | | 1,516 | | 1,516 | 100% | - | $ |
| 10 | CO#10 Electrical | $ 279,850 | | 47,015 | | $ 47,015 | 17% | $ 232,835 | $ |
| | WM O/H Fee for C/O #10 | 22,388 | | 22,388 | | 22,388 | 100% | - | $ |
| 11 | Suspension Fees per Contract | $ 24,500 | | 24,500 | | 24,500 | 100% | - | $ |
| | **Change Order Total** | $ 1,290,110 | | | | | | | |
| | **Claim Item:** | | | | | | | | |
| 12 | Fwd Tenk C/O #8B | $ 81,625 | $ - | 31,507 | | $ 31,507 | 39% | $ 50,118 | $ |
| | WM O/H Fee for C/O #8B | $ 6,530 | $ - | 6,530 | | $ 6,530 | 100% | $ - | $ |
| | **Claim Total** | $ 88,155 | | | | | | | |
| | **Totals** | $ 3,729,880 | $ 1,360,138 | $ 114,997 | $ - | $ 1,475,135 | 40% | ########## | $ - |

W1 N0 25

G703-1992

# ⊔⊔Պ**WINMAR**
c o n s t r u c t i o n

# FAX COVER SHEET

TO: _Frank Gimeson_

COMPANY: _EmpireLeasing_

FAX NUMBER: _202-429-8833_

PHONE NUMBER:

FROM: **Edwin Villegas**

DATE: _2/3/06_

TOTAL # OF PAGES (INCL COVER): _(2)_

SENDER'S REFERENCE NUMBER:

RE: _ATI lien letter_     CC:

☐ URGENT     ☐ FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY     ☐ PLEASE RECYCLE

NOTES/COMMENTS:

901 15th Street, NW  Suite 800     Washington, DC 20005  o 202-292-0106  f 202-331-7010
Washington, DC  New York  Philadelphia  Miami, FL
www.winmar.net

WIN026



February 3, 2006

**16 Cobalt, LLC c/o**
**Empire Leasing, LLC**
1705 Desales Street, NW #PH
Washington, DC  20036

**Attn:  Mr. Frank Gittleson**

**Re:    Aljazeera International (AJI) Construction Lien**
**1627 K Street, NW**

Dear Mr. Gittleson:

As you are aware, Winmar has received a letter from AJI terminating our construction contract by convenience.   Winmar has accepted their request and is assisting in the transition.  Winmar in turn has submitted a final requisition for payment and payment has not been received to date.

We have been advised that AJI is denying our requisition for payment. As such, we have no choice but to file a lien to protect our interests and intend to do so shortly.

If you require any additional information, please do not hesitate to contact me at your earliest convenience.

Sincerely,
**The Winmar Team**

Edwin C. Villegas, President

cc:    Chris Condon, VP

901 15th Street, NW Suite 800    Washington, DC 20005    o 202-292-0106  c 202-494-0497    f 202-331-7010
Washington, DC  -  New York  -  Philadelphia  -  Miami, FL
www.winmar.net

WINO27

**PATTON BOGGS** LLP
ATTORNEYS AT LAW

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile 202-457-6315
www.pattonboggs.com

June 13, 2006

Ugo Colella
(202) 457-5693
ucolella@pattonboggs.com

**FACSIMILE AND FIRST CLASS MAIL**

Edwin Villegas
Winmar Construction
1420 K Street, N.W.
Suite 250
Washington, D.C. 20005

Edwin Villegas
Winmar Construction
901 15th Street, N.W.
Suite 800
Washington, D.C. 20005

Re:    Qatar National Bank

Dear Mr. Villegas:

We represent Qatar National Bank ("QNB"). We understand that, in early February 2006 and again on April 12, 2006, Winmar Construction ("Winmar") was contacted in connection with a wire transfer of $474,677.00 from QNB's correspondent bank JP Morgan Chase to Winmar's account at Citibank (Ref. #6202790000225). Please have your counsel contact us as soon as possible to discuss this matter.

Sincerely,

Ugo Colella

Ugo Colella

cc:    Ronald S. Lichman, Esq.

WIN028

# Exhibit B

## Dickey, Alan

| | |
|---|---|
| **From:** | Wiesenfelder, Les [LWiesenfelder@dowlohnes.com] |
| **Sent:** | Wednesday, June 11, 2008 1:56 PM |
| **To:** | Dickey, Alan |
| **Subject:** | FW: Winmar/Corp |

**From:** James Lee [mailto:JFL@lee-mcshane.com]
**Sent:** Friday, February 03, 2006 11:33 AM
**To:** Wiesenfelder, Les
**Cc:** Hart, Jonathan
**Subject:** RE: Winmar/Corp

Hi Les-confirming our conversation just now, AJI believes it owes nothing to Winmar and is entitled to approximately $200,000 back! Please send written confirmation of this position and all the documents that support this position so that my client can proceed accordingly.

As I advised, I am disappointed that cooperation has yielded such a response and it seems clear to me that this dispute will not be simply resolved. When will we be receiving the documentation? After receiving your information we will be in touch, I'm sure.

James F. Lee, Jr., Esquire
1211 Connecticut Avenue, N.W., Ste. 425
Washington, DC  20036
(202) 530-8101
(202) 530-0402 (fax)
www.leemcshane.com


-----Original Message-----
**From:** Wiesenfelder, Les [mailto:LWiesenfelder@dowlohnes.com]
**Sent:** Friday, February 03, 2006 11:13 AM
**To:** James Lee
**Subject:** RE: Winmar/Corp

Did you recieve the voicemail message I left around 10:25?

**From:** James Lee [mailto:JFL@lee-mcshane.com]
**Sent:** Friday, February 03, 2006 10:34 AM
**To:** Wiesenfelder, Les
**Subject:** Winmar/Corp

Hi Les-the $ is $1,119,838 not $1,119,841-Sorry about the $3.00. I'm in now so call when you get a chance-thanks

Jim
James F. Lee, Jr., Esquire
1211 Connecticut Avenue, N.W., Ste. 425

Washington, DC  20036
(202) 530-8101
(202) 530-0402 (fax)
www.leemcshane.com