# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINMAR, INC. d/b/a )<br>WINMAR CONSTRUCTION )<br>)<br>_____ ) | Case No. 1:06CV01307 (GK)<br><br>**STIPULATION** |

Plaintiff, Qatar National Bank ("QNB"), and Defendant and Third Party Plaintiff, Winmar, Inc. d/b/a Winmar Construction ("Winmar") (collectively "the Parties"), by and through the undersigned counsel, hereby stipulate to the following facts and procedural positions:

1. QNB and Winmar both stipulate that, between these two Parties, neither party will challenge the authenticity of documents it produced to the other party. This stipulation is without waiver of any hearsay objections either party may have as to statements contained in those documents. Thus, QNB stipulates that documents it produced from its business records are true and correct copies of documents it prepared or received as indicated in each document, but does not stipulate as to the truth of the matters asserted in those documents or that they are not subject to a hearsay objection. Likewise, Winmar stipulates that documents it produced from its business records are true and correct copies of documents it prepared or received as indicated in each document, but does not stipulate as to the truth of the matters asserted in those documents or that they are not subject to a hearsay objection.

2. Winmar stipulates that the communication by Citibank Federal Savings Bank to Winmar (referenced in Winmar's Response to QNB's Request for Admission No. 5), by which "Winmar had become aware, through Citibank, in the days preceding Mr. Wiesenfelder's [February 24, 2006] letter, that QNB was seeking reimbursement from Winmar for the payment of $474,677.00, made

on or around January 31, 2006," was the first notice that Winmar received that the payment of $474,677.00 had been made on or around January 31, 2006 into Winmar's Citibank account.

3.      Winmar stipulates that the communication made by Citbank to Winmar (identified in the quote in the preceeding paragraph) was made sometime after the January 31, 2006 payment was made and before Winmar received the February 24, 2006 letter from Leslie Wiesenfelder attached as Exhibit A to QNB's First Set of Requests for Admissions to Winmar Inc.

DATED:      June 12, 2008                          Respectfully submitted,

_____
Alan T. Dickey (DC Bar # 496403)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Attorney for Plaintiff*
*Qatar National Bank*


_____
James F. Lee, Jr., (DC Bar # 247718)
Trevor M. Ashbarry, (DC Bar # 980359)
LEE & MCSHANE, P.C.
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036

*Counsel for Defendant and Third-Party Plaintiff*
*Winmar, Inc. d/b/a Winmar Construction*