# Exhibit 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

QATAR NATIONAL BANK,
Plaintiff,
v.
WINMAR, INC.,
Defendant and Third
Party Plaintiff.

                    Civil Action No. 1:06-cv-1307(GK)

WINMAR, INC.,
Third Party Plaintiff
and Counterclaim
Defendant,
v.
ALJAZEERA INTERNATIONAL,
Third Party Defendant
and Counterclaim
Plaintiff.

### AFFIDAVIT OF MAJID BURHAN MAHMOUD

1.     My name is Majid Burhan Mahmoud.  I am the Head of Branches / Retail Assets at Qatar National Bank ("QNB") in Doha, Qatar, and have served in that capacity, since September, 18, 2005.  I submit this affidavit in support of QNB's Motion for Summary Judgment in this lawsuit. I understand and believe the following matters to be true, through the date of this affidavit, both on my personal knowledge and on inquiries made of other QNB personnel who have knowledge about specific matters addressed in this declaration.  I have been assisted by QNB's United States legal counsel in the phrasing of this declaration.

2.     I participated in the investigation of the wire transfers described in the Exhibits to this Affidavit.  My responsibilities at QNB have also included assisting in QNB's investigation of, and response to, the duplicate payment that QNB executed from Al-Jazeera International to Winmar on January 30, 2006.

3.     On December 8, 2005, QNB received from Al-Jazeera a faxed payment order to QNB requesting that $474,677.00 be wired from an account of Al-Jazeera's at QNB to an account of Winmar's at CitiBank Federal Savings Bank.  Exhibit A is a true and correct copy of a payment order QNB received from Al-Jazeera on December 8, 2005.   As indicated in Exhibit A, the payment order was addressed to QNB and I received it on or about December 8, 2005.

4.     On December 12, 2005, QNB executed the payment order in the amount of $474,677.00. Exhibit B is a true and correct copy of a Funds transfer Application and Routing Instructions executed by QNB on December 12, 2005.  QNB wired the funds through the FedWire system to



its correspondent bank, JPMorgan Chase Bank for further payment to Winmar's bank, CitiBank Federal Savings Bank.

5.      On January 29, 2006, Al-Jazeera faxed again to me the same December 12, 2005 payment order with a handwritten note added stating that it had not "received any … transfer confirmation for this ... Can you please send the Confirmation please." Exhibit C is a true and correct copy of a payment order with handwritten comments received from Al-Jazeera on January 29, 2006.

6.      QNB's transfer staff, made a mistake and, instead of sending a confirmation, interpreted the January 29, 2006 fax from Al-Jazeera as another request for a transfer. As a result of this misinterpretation, on January 30, 2006, QNB duplicated the December 12, 2005 payment of $474,677.00 to Winmar's account at Citibank in error. Exhibit D is a true and correct copy of routing instructions executed by QNB on January 30, 2006 and subsequent routing instructions relating to the same transaction.

7.      Upon discovering the error, on February 2, 2006, QNB sought a refund of the $474,677.00 duplicate payment to Winmar through QNB's correspondent bank, JPMorgan Chase Bank, on February 2, 2006 as indicated in the fifth page of Exhibit D attached to this affidavit. As indicated in the sixth page of Exhibit D, on the same day, JPMorgan Chase notified QNB that the payment had already been effected in accordance with the January 31 instructions and that JPMorgan Chase was "presently contacting Citibank Federal Savings Bank for refund."

8.      On February 8, 2006, QNB received the statements in the routing instructions contained in the fifth page of Exhibit D attached to this affidavit, stating that Winmar has refused to return the funds to QNB. After receiving this rejection of QNB's request for a refund from Winmar, QNB believed that Winmar had conclusively rejected the request for a refund. QNB never received any further response from Winmar to its February 2, 2006 wire request for refund of the duplicate payment.

9.      No person from Al-Jazeera ever authorized QNB to make the January 31, 2006 payment of $474,677.00 to Winmar. Exhibit E is a true and correct copy of a letter QNB received from Anas Al-Merstani, the Head of Legal Affairs for Al Jazeera Satellite Network, on March 12, 2006. The January 31, 2006 payment was made solely based on an erroneous interpretation of AJI's January 30, 2006 faxed request for confirmation that the previous, December 12, 2005, payment in the same amount had been executed.

10.     The document attached as Exhibit F contains a true and correct copy of an e-mail sent from Krishna Ranganathan, and former employee of QNB, to the address "crios@ winmar.net" on April 12, 2006. I have confirmed from QNB's e-mail server that this e-mail was sent on that date and was not returned to QNB's e-mail server as undeliverable. I have also confirmed through the same means that no response was ever received to any QNB e-mail account from the address of "crios@ winmar.net" or any other address associated with the e-mail domain "winmar.net." I have investigated QNB's files and have found no other response of any type by Winmar to QNB's request for a refund of the January 31, 2006 duplicate payment of $474,677.00 made to Winmar by QNB.



2

11.    After receiving Al-Jazeera's demands for a refund, including those contained in Exhibit E, on March 20, 2006, QNB reimbursed Al-Jazeera for the amount of the January 31, 2006 duplicate payment of $474,677.00 made to Winmar by QNB.  Exhibit G is a true and correct copy of a Statement of Account showing the reimbursement of $474,677.00 U.S. (1,728,546.30 in Qatari Riyals) by QNB to Al-Jazeera on March 20, 2006.

12.    QNB has never received from Winmar, Al-Jazeera, or any other person or entity, any refund of, or other compensation for, the in $474,677.00 funds paid by QNB to Winmar on January 31, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in this 20th day of May 2008 (A.D.) in Doha, State of Qatar.

_____
Majid Burhan Mahmoud
Head of Retail Assets
Qatar National Bank

# EXHIBIT A



# AL JAZEERA INTERNATIONAL 2 DEC 2005

ATTN : Mr. Majid Mahmond
Qatar National Bank
P.O.Box
Doha – Qatar
Fax: +974 440 7975

# URGENT

### PLEASE STATE TRANSFER NUMBER 11-48 ON OUR BANK STATEMENT

**APPLICATION FOR DEMAND CHEQUE**

| Beneficiary : | | Date: | 06-12-05 |
|---|---|---|---|
| Name: | Winmar Construction | Bank: | Citibank |
| Address: | | | |

Account No.         15210855

Routing:
Sort Code:         254070116

From:
AL JAZEERA INTERNATIONAL
P.O. BOX 23127
DOHA - QATAR

FAXED
0 8 DEC 2005
# Pages

Account No.      0027 - 001994 - 001

☐ Demand Draft.
☒ Telex Transfer
☐ Cheque

| No. | Description | | | Total Amount |
|---|---|---|---|---|
| | Payment | | | $    474677.00 |
| | | | | |
| | | | | $    474677.00 |
| (in words) USD : Four Hundred Seventy Four Thousand Six Hundred Seventy Seven Only. | | | TOTAL AMOUNT | $    474677.00 |

Prepared by:
Fauzia Tanveer

Accounts approval:
Faisal Siddiqi

Accounts approval:
Mohammad Othman

Approved by:
Anabelle Rojas

NOTE:

We would appreciate if you can send us a copy of the official form of the bank transfer as
per above request.

### ALL CHARGES TO BE DEDUCTED FROM OUR ACCOUNT
If you have any queries, please to contact Ms. Anabelle Rojas, Tel # +974 4890718.

Charging Detail :                      Internal Use

| Account | AA | DR Amount | CR Amount | Description |
|---|---|---|---|---|
| 3006- | | $    474677.00 | | Work In Progress |
| 1100- | | | $    474677.00 | Bank |
| - | | | | |
| - | | | | |
| TOTAL | | $    474677.00 | $    474677.00 | |

| Comments: | |
|---|---|
| | Tel. +974 4890718   Fax. +974 4862854 |

# EXHIBIT B

1 2 DEC 2005

| Branch | W. Bay Br | الفرع | Date | 12/12/05 | التاريخ |

**Please Issue** — يرجى إصدار

| Demand Draft ☐ | شيك مصرفي | Manager's Cheque ☐ | شيك مدير | Currency | USD | العملة |
| Telex Transfer ☑ | حوالة بالتلكس | Internal Transfer ☐ | تحويل داخلي | Amount | 474,677 | المبلغ |

**Beneficiary Details** (Complete in BLOCK CAPITALS only) — تفاصيل المستفيد

| Name | Winmar Construction | الاسم | FX Rate | 3.6415 |
| Address | | العنوان | QAR Amount | |
| | | | Commission | |
| or | | أو | | |
| Account Number | 15210855 | رقم الحساب | Postage | |
| Bank | Citibank | البنك | | |
| SWIFT Code | | رمز سويفت | Telex Charges | 50 |
| Sort Code / BL / ABA Number | 254070116 | | | |
| Branch | | الفرع | Total QAR | |

**Payment Details** (Narrative to be included with payment) — (يجب ذكر التفاصيل مع الدفعة) تفاصيل الدفعة

Payment

**Beneficiary ID** (رقم جواز السفر/رقم الهوية الشخصية/رقم الهاتف مطلوب للدفع النقدي عند تحديد الهوية) هوية المستفيد
(Passport Number / ID Card Number / Telephone number required for Cash Payment on Identification)

I /We shall abide by the conditions stated overleaf — أنا / نحن نمتثل للشروط المبينة خلف الصفحة

| Applicant Name | AL-Jaz- Int'l | اسم العميل | For Bank Use Only |
| Applicant Address | | العنوان | Paying Bank | | |
| | | | Country | | |
| | | | Value Date | 12/12/05 |
| Tel / Mobile Number | | رقم الهاتف | Charges | BEN / OUR |
| Payment by Cash ☐ | دفعة نقدية | | Ref Number | |
| Debit my Account | 0027-001994-0 | قيدوا على حسابي | Validation | |
| Signature | As per attached | التوقيع | |

| Entered by | Reviewed by | Authorised by |

QNB/GEN/202/05

Issue Transfer - 1620279002-00231 B627 P
0027001994001                    AL-JAZEERA.E.C-E
                                 474,677.00 USD
WEST BAY BRANCH
Input Control BEROD24 AT 11:55 ON 12/12/05

```
                                    TELEX  TRANSFER
                                    ----------------

    To              : CHASE MANHATTAN BANK
                      NEWYORK,NY 11245

    From            : Qatar National Bank         ,        1 2 DEC 2005
                      WEST BAY BRANCH             ,
                      P.O.Box.1000                ,
                      Doha,

    Date            : 12/12/05

                      Debit Our Account and Pay

    Test            :
    Our Ref.#       : 6202790001932
    Related Ref.#   : TOTAL 474677.00 $
    Value Date      : 12/12/05
    Amount          : USD           474,677.00
    Credit Party    : CITIBANK.
                      ROUTING # 254070115

    Account Party   : WINMAR CONSTRUCTION.
                      A/C:15210855

    Ultimate        : SELF.
     Benificiary


    Payment         : PAYMENT
     Details
    Charges         : OUR
    Bank To Bank    :
     Information
    Ordering        : M/S. AL JAZEERA INTERNATIONAL.
     Party            A/C:C027-001934-001
                      DOHA - QATAR.                    0 8 MAR 2006
```

# EXHIBIT C

23-AUG-2006 WED 13:47    QNB WESTBAY BR QNH BLD    FAX NO.    P. 02

08-MAR-2006 MON 11:22    QNB WESTBAY BR QNH BLD    FAX NO.    P. 01

29-JAN-2006 SUN 13:06    AL-JAZEERA INT.ADM.DEP.    FAX NO. +974 4862854    P. 02

FAXED
30 JAN 2006

*(handwritten)* as Oma & haven't received any $ and transfer Confirmation for this International transfer. Can you please send the Confirmation please

**ALJAZEERA** INTERNATIONAL

To: Mr. Majid Mansoor
Qatar National Bank
P.O.Box
Doha - Qatar
Fax:+974 449 7975

PLEASE STATE TRANSFER NUMBER : 48 ON OUR BANK STATEMENT

| Beneficiary: | | | Date: | 05-13-05 |
| Name / Add: | Wigmar Construction | | Bank: | Citibank |
| Acct .nt.No. | 15310855 | | Routing Sort Code: | 254070118 |
| From: | AL JAZEERA INTERNATIONAL P.O. BOX 23727 DOHA - QATAR | | | ☐ Demand Draft. |
| | | | | ☒ Telex Transfer |
| Account No. | 0537-001264-001 | | | ☐ Cheque |

| Description | | | Total Amount |
| Payment | | | $ 474677.00 |
| | | | $ 474677.00 |

TOTAL AMOUNT

In Words: US Four Hundred Seventy Four Thousand Six Hundred Seventy Seven Only.

Approved By:
Anabella Rojas

We would appreciate if you can send us a copy of the official form of the bank transfer as per above request.

ALL CHARGES TO BE DEDUCTED FROM OUR ACCOUNT
If you have any queries, please to contact Ms. Anabella Rojas, Tel # +974 4860719.

Internal Use:

Charging Details:

| Segment | A/c | DR Amount | A/c | Amount | Description |
|---|---|---|---|---|---|
| 1006 | | $ 474677.00 | | | Work In Progress |
| 700 | | | $ | 474677.00 | Bank |
| TOTAL | | $ 474677.00 | $ | 474677.00 | |

Comments:    Tel: 123 / 10719  Fax: 174 56084

29-JAN-2006 SUN 13:14    +974 4862854

06-MAR-200 MON 11:16

# EXHIBIT D

**QNB الوطني** طلب تحويل

**Funds Transfer Application**

**FAXED 30 JAN 2006**

| | |
|---|---|
| Branch _____ ه و B _____ الفرع | Date 29-1-2006 التاريخ |

**Please Issue** يرجى إصدار

| | |
|---|---|
| Demand Draft ☐ شيك مصرفي | Manager's Cheque ☐ شيك مدير | Currency العملة $ |
| Telex Transfer ☑ حوالة بالتلكس | Internal Transfer ☐ تحويل داخلي | Amount المبلغ 474677 |

**Beneficiary Details** (Complete in BLOCK CAPITALS only)  تفاصيل المستفيد

Name  Winmar Construction  الاسم

Address العنوان _____

FX Rate  3.641500

QAR Amount

or أو

Commission

Account Number  15210855  رقم الحساب

Bank  Citibank  البنك

Postage

SWIFT Code _____ رمز سويفت

Sort Code / BL / ABA Number  Routing  254070116

Telex Charges  50

Branch  الفرع

Total QAR  1,729,558.30

**Payment Details** (Narrative to be included with payment)  تفاصيل الدفعة (يجب ذكر التفاصيل مع الدفعة)

Payment

**Beneficiary ID** (Passport Number / ID Card Number / Telephone number required for Cash Payment on Identification)  هوية المستفيد (رقم جواز السفر/رقم البطاقة الشخصية/رقم الهاتف مطلوب في الدفع النقدي عند تحديد الهوية)

_____

I /We shall abide by the conditions stated overleaf  أنا / نحن نمتثل للشروط المبينة خلف الصفحة

Applicant Name  AL-Jazeera Int'l  اسم المتقدم

Applicant Address _____  العنوان

Tel / Mobile Number _____  رقم الهاتف

Payment by Cash ☐  دفع نقدية

Debit my Account  0027-001994-001  قيد على حسابي

Signature  As per Letter  التوقيع

**For Bank Use Only**

Paying Bank  CH.A.B

Country

Value Date  30-1-2006

Charges  (BEN) (OUR)

Ref Number  6202 9660 25

Validation

| Entered by | Reviewed by | Authorised by |
|---|---|---|

Kantha

Telex Transfer - 3420277002-00017 8627 R
0027001994002  AL JAZEERA E.C.E
474677.00 USD
WEST BAY BRANCH
FR0024 AT 08:15 ON 30/01/06
Input Control

**FAXED**



**QNB** الوطني

CHASE MANHATTAN BANK
NEW YORK, NY 11245

TELEX  TRANSFER

**FAXED**
**3 0 JAN 2006**

From          :  Qatar National Bank
                 WEST BAY BRANCH
                 P.O.Box.1000
                 Doha,

Date          :  30/01/06

                 Debit Our Account and Pay

Test          :

Our Ref.#     :  6202790000225

Related Ref.# :  TRANSFER NO 11-48

Value Date    :  30/01/06

Amount        :  USD          474,677.00

Credit Party  :  CITIBANK
                 ROUTING # 254070116

**URGENT**

Account Party :  WINMAR CONSTRUCTION
                 A/C:15210855

Ultimate      :  SELF
Benificiary

Payment       :  PAYMENT
Details

Charges       :  OUR

Bank To Bank  :
Information

Ordering      :  M/S. AL-JAZEERA INTERNATIONAL.
Party            A/C:0027-001994-001
                 DOHA   QATAR

بنك قطر الوطني ش.م.ق. ص.ب. ١٠٠٠ الدوحة، قطر هاتف (٩٧٤+) ٤٤٠ ٧١٠٧ فاكس (٩٧٤+) ٤٤١ ٥٠٢٠
www.qnb.com.qa
Qatar National Bank SAQ, P.O Box 1000 Doha, Qatar Tel. (+974) 440 7107 Fax (+974) 441 5020 E-mail cosupport@qatarbank.com
www.qnb.com.qa Telex 4064/4212/4357 SWIFT: QNBAQAQA, CR No. 1

**DOHA 2006**
OFFICIAL BANK

30-JAN-2006 MON 13:15

Warning Status =


Server to Receiver Instructions =


**Creation**

```
Appl/Serv   = Mesg Creation
RP & Ft     = _MP_creation
Date/Time   = 12/12/05 15:32:10
```

Text        =
 20: Sender's Reference
     620279001932
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date              : 12 December 2005
     Currency          : USD (US DOLLAR)
     Amount            :            #474,677.#
50K: Ordering Customer-Name & Address
     M/S AL JAZEER INTERNATIONAL
     QNB A/C NO 0027 001994 001
57D: Account With Inst -Name & Addr
     //FW254070116
     CITI BANK FEDERAL SAVING BANK
     WASHINGTON DC
 59: Beneficiary Customer-Name & Addr
     /15210855
     WINMAR CONSTRUCTION
 70: Remittance Information
     REF PAYMENT
71A: Details of Charges
     OUR


Message History =
*Original (Completed)

 Created at "_MP_creation" on 12/12/05 at 15:32:10
 By 0520 : Created at rp [_MP_creation] and assigned to unit [COD]
 By 0520 : Routed from rp [_MP_creation] to rp [_MP_verification]; 1
instance(s) created at [CP1OUTGOING] respectively;On Processing by
Function mpc with result Success;(Rule:USER,200)
 By T2857 : Routed from rp [_MP_verification] to rp [_MP_authorisation].
On Processing by Function mpa with result Success;(Rule:DEFAULT_RULE,0)
 By 0408 : Routed from rp [_MP_authorisation] to rp [OFCS_IN]; On
Processing by Function mpa with result Success;(Rule:USER,50)
 By SYSTEM : Routed from rp [OFCS_IN] to rp [_SI_to_SWIFT]; On
Processing by Function OFCS_Detect with result Success;(Rule:USER,100)
 Sent to SWIFT "QNBAQAQAAXXXF" on 12/12/05 at 17:46:26
 Session Nr 5817 Sequence Nr 629761 Result: SWIFT Ack
   ACK text: [{1:F21QNBAQAQAAXXX5817629761}{4:{177:0512121747}{451:0}}]

22/03/06              10:07:02                                    Page

```
U-UMID        = ICHASUS33XXX1036202790000225
Suffix        = 060131

Status =
       Deletable
```

```
Format     = Swift                    Sub-Format  = INPUT
Msg Type   = 103                      Nature      = Financial

Sender     =
       QNBAQAQAXXX LT : A

              QATAR NATIONAL BANK

              DOHA
              DOHA
              QA
              QATAR


Receiver   =
       CHASUS33XXX LT : X

              JPMORGAN CHASE BANK


              NEW YORK,NY
              US
              UNITED STATES


Transaction ref. = 6202790000225
Amount      =  474,677. USD           Related ref. =
                                      Value/Date = 060131
```

**Format & Validation**

```
Version     = 0505                    Checked   = Minimum
Netw. Appl. = FIN                     Passed    = Maximum
```

**Sender to Network Instructions**

```
Priority    = Normal
Delv. Overdue warning request= FALSE
Network delv. notif. request = FALSE
Obs. period =
                                      FIN Copy Service =
```

**Sender to Receiver Instructions**

Warning Status =


Server to Receiver Instructions =


Creation

Appl/Serv    = Mesg Creation
RP & Ft      = _MP_creation
Date/Time    = 02/02/06 11:16:03

Text         =
  20: Transaction Reference Number
      6202790000225A
  21: Related Reference
      .
  79: Narrative
      .
      URGENT......URGENT
      .
      WITH REF TO OUR MT 103 OF REF 6202790000225 DATED
      30.01.2006 OF AMOUNT USD 474,677/- FVG WINMAR
      CONSTRUCTION
      .
      THE ABOVE PAYMENT ORDER HAS BEEN WRONGLY
      DUPLICATED FROM OUR SIDE WITH THE REF
      6202790001932 DATED 12.12.2005 WITH THE SAME
      AMOUNT AND SAME BENEFICIARY DETAILS
      .
      KINDLY TREAT THE PAYMENT ORDER OF REF
      6202790000225 DATED 30.01.2006 AS NULL AND VOID
      AND REFUND THE AMOUNT TO OUR ACCOUNT WITH YOU
      UNDER URGENT SWIFT ADVISE TO US
      .
      SORRY FOR THE INCONVENIENCE CAUSED
      .
      THANKS AND REGARDS
      QNB
      WEST BAY BRANCH


Message History =
*Original (Completed)

 Created at "_MP_creation" on 02/02/06 at 11:16:03
 By 9224 : Created at rp [_MP_creation] and assigned to unit [COD]
instance(s) created at [CP1OUTGOING] respectively;On Processing by
Function mpc with result Success;(Rule:USER,200)
 By 9224 : Routed from rp [_MP_creation] to rp [_MP_verification]; 1
 By 0842 : Routed from rp [_MP_verification] to rp [_MP_authorisation];
On Processing by Function mpa with result Success;(Rule:DEFAULT_RULE,0)
 By 0153 : Routed from rp [_MP_authorisation] to rp [OFCS_IN]; On
Processing by Function mpa with result Success;(Rule:USER,50)

22/03/06                09:11:45

                                                         Page

Warning Status =


Server to Receiver Instructions =


**Creation**

Appl/Serv   = SWIFT Interface
RP & Ft     = _SI_from_SWIFT
Date/Time   = 02/02/06 22:59:28

Text        =
  20: **Transaction Reference Number**
      **JPM1241-02FEB06**
  21: **Related Reference**
      **6202790000225A**
  79: **Narrative**
      **ATTENTION QNB WEST BAY BRANCH PLEASE REFER TO
      YOUR SWIFT INQUIRY DATED 02-FEB-06 REFERENCE
      6202790000225A REGARDING YOUR PAYMENT DATED
      31-JAN-06 REFERENCE 6202790000225 FOR
      474,677.00/USD. PAYMENT HAS BEEN EFFECTED IN
      ACCORDANCE WITH YOUR INSTRUCTIONS ON 31-JAN-06
      OUR REFERENCE 0293000031JS WE ARE PRESENTLY
      CONTACTING CITIBANK FEDERAL SAVINGS BANK FOR
      REFUND.**
      **REGARDS, KYLE RITCHIE FOR ALL CORRESPONDENCE
      PERTAINING TO THIS CASE, PLEASE QUOTE OUR
      JPMORGAN CHASE BANK, N.A. REFERENCE
      JPM1241-02FEB06.**

**Block 5:**
**{MAC:43E4D0C6}{CHK:E4CAF015FA3F}**

Message History =
*Original (Completed)

 Received from SWIFT "QNBAQAQAAXXXF" on 02/02/06 at 22:59:28
 Session Nr 5875 Sequence Nr 272992
 By SYSTEM : Created at rp [_SI_from_SWIFT] and assigned to unit [None]
 By SYSTEM : Routed from rp [_SI_from_SWIFT] to rp [OFCS_OUT]; On
Processing by Function _SI_from_SWIFT with result Success;(Rule:USER,20)
 By SYSTEM : Completed in rp [OFCS_OUT]; On Processing by Function
OFCS_Detect with result Success;(Rule:USER,570)
 By 0838 : Reactivated in rp [TSOOUTGOING] by operator 0838
 Sent to APPLI "TSOOUTGOING" on 05/02/06 at 10:13:22
 Session Nr 9469 Sequence Nr 000001 Result: APPLI Ack
 By SYSTEM : Completed in rp [TSOOUTGOING]; On Processing by Function
AI_to_APPLI with result Success;(Rule:DEFAULT_RULE,0)

*Copy - 1 (Completed)
 By SYSTEM : Created at rp [PLACIDEXIT] and assigned to unit [None]
 Sent to APPLI "PLACID" on 05/02/06 at 08:57:31

22/03/06            11:54:32                              Page

Banking Prior. =
. Warning Status =                                    User Ref.

Server to Receiver Instructions =


**Creation**

Appl/Serv   = SWIFT Interface
RP & Ft     = _SI_from_SWIFT
Date/Time   = 08/02/06 18:06:54

Text        =
  20: **Transaction Reference Number**
      **JPM1241-02FEB06**
  21: **Related Reference**
      **6202790000225A**
  79: **Narrative**
      **ATTN QNB WEST BAY BRANCH PLEASE REFER TO YOUR
      SWIFT MT 199 INQUIRY DATED 02/02/06 REFERENCE
      6202790000225A.**
      **REGARDING YOUR SWIFT PAYMENT ORDER DATED
      31-JAN-06 REFERENCE6202790000225 VALUE01/31/06
      FOR USD474,677.00 OUR REFERENCECETRN 0293000031JS
      WE HAVE ATTEMPTED TO OBTAIN REFUND FROM
      CITIBANK FEDERAL SAVINGS BANK AND THEY HAVE TODAY
      ADVISED THE FOLLOWING QTE. ..CLIENT REFUSE TO
      RETURN FUNDS...UNQTE. WE KINDLY SUGGEST THAT BENE
      BE CONTACTED DIRECTLY BY REMITTER TO RESOLVE AND
      CLOSE OUR FILE.**
      **REGARDS, JPMORGAN CHASE BANK, N.A. KYLE RITCHIE
      FOR ALL CORRESPONDENCE PERTAINING TO THIS CASE,
      PLEASE BE SURE TO QUOTE OUR JPMORGAN CHASE BANK,
      N.A. REF. JPM1241-02FEB06.**

**Block 5:**
{MAC:E7301E6D}{CHK:138B443351A5}

Message History =
*Original (Completed)

 Received from SWIFT "QNBAQAQAAXXXF" on 08/02/06 at 18:06:54
 Session Nr 5881 Sequence Nr 277045
 By SYSTEM : Created at rp [_SI_from_SWIFT] and assigned to unit [None]
 By SYSTEM : Routed from rp [_SI_from_SWIFT] to rp [OFCS_OUT]; On
Processing by Function _SI_from_SWIFT with result Success;(Rule:USER,20)
 By SYSTEM : Completed in rp [OFCS_OUT]; On Processing by Function
OFCS_Detect with result Success;(Rule:USER,570)
 By 0838 : Reactivated in rp [TSOOUTGOING] by operator 0838
 Sent to APPLI "TSOOUTGOING" on 09/02/06 at 10:28:25
 Session Nr 9552 Sequence Nr 000001 Result: APPLI Ack
 By SYSTEM : Completed in rp [TSOOUTGOING]; On Processing by Function
AI_to_APPLI with result Success;(Rule:DEFAULT_RULE,0)

22/03/06              11:52:51                                Page

# EXHIBIT E

+٩٧٤٤٣١٨١٦٤ فكس
Legal@aljazeera.net | Legal@aljazeera.net



**ALJAZEERA NETWORK**
شبكة الجزيرة

Q.N.B.

1 3. 03. 2006    Date : March 12, 2006

Ref. # JSN/LA/140/2006

WEST BAY BRANCH

**Mr. Rasha H. Rasheed**
**Branch Manager**
**Qatar National Bank (QNB)**

### SUBJECT: DUPLICATE TRANSFER TO JP MORGAN CHASE

Dear Mr. Rasheed,

We thank you for your cooperation in settling the matter regarding the above mentioned subject.

From your correspondence dated 7-Mar-2006 and reference # QNB/WBB/617/2006, it is clearly noted that an overpayment of US$474,677.00 was made to Winmar Construction due to admitted negligence on the part of QNB which resulted in funds being duplicated to the beneficiary.

After reviewing the documents in question, it is clear that the second fax transmission dated 30-Jan-2006 from Al Jazeera International was not a release of funds but rather a confirmation request for the funds already released the previous month as requested by the fax dated 8-Dec-2005.

Al Jazeera International holds QNB fully liable for this grave mistake and requires that the funds be returned within one (1) week.

If the funds are not returned without delay, Al Jazeera International has full rights to proceed with legal actions against QNB.

Your continued cooperation is greatly appreciated to remedy this serious error on your part.

Best Regards,

*Anas Al-Merstani*
*Head of Legal Affairs*
*Al Jazeera Satellite Network*

Cc:
- Chairman
- Deputy Chairman
- Managing Director of AJI.
- Director of Finance & Admin of AJI.

**FAXED**

1 3 MAR 2006

# EXHIBIT F

**From:** Ranga
**Sent:** Wednesday, April 12, 2006 9:50 PM
**To:** Ala Abu Mughli; Rasha Hassan Rasheed; Majid Burhan
**Cc:** Ali Sharif Al-Emadi; Ali A Al-Kuwari; Douglas Beckett; Ahmed Swaleh Abdisheikh
**Subject:** FW: Duplicate transfer of USD 474,677/- to your account

For your information please.
Ms. Claudia (Office Manager and Accounts in-charge) of Winmar Constructions, Washington, answered my phone call and expressed unawareness of this issue (I doubt).
However, she has assured that immediate steps will be taken to identify the duplicated payments and to arrange for positive action.
Let us wait for her response.
Thanks,

Ranga
++++
Special note to Rasha and Majid: Let us NOT inform Al Jazeera of our direct dialogue/approach with Winmar till we receive a positive response, because it may result in Al Jazeera changing their minds on the promised sum of USD 118k this/next week.


**From:** Ranga
**Sent:** Wednesday, April 12, 2006 9:17 PM
**To:** 'crios@winmar.net'
**Subject:** Duplicate transfer of USD 474,677/- to your account

Dear Ms. Claudia,
At the outset let me thank you for your patient hearing of the case on-hand and for your assurance to immediately look into & resolve.
I reiterate the details of the payments made, for you to check your records and account statements:

1. On 12 December, 2005, we paid USD 474,677/- to your account # 15210855 at Citi Bank Federal Savings Bank, Washington DC (Fed wire 254070116), USA by order of Al Jazeera International, Doha, Qatar thru our Bank's US Correspondent JPMorganChase, under reference 620279001932.
2. On 31 January, 2006, by a clerical error, we **once again** paid USD 474,677/- to your above account # 15210855 at Citi bank Federal Savings Bank, Washington DC (Fed wire 254070116), USA by order of Al Jazeera International, Doha, Qatar thru our US Correspondent Bank JPMorganChase, under reference 6202790000225.

Please investigate on 'top priority' for reasons stated by me over phone and respond with your confirmation on the refund of the duplicated sum to our account with JPMorganChase, New York.
Thanks and best regards,

K.Ranganathan (Ranga)
Assistant General Manager, Head Office Operations
Qatar National Bank,
Post Box 1000
Doha, Qatar
Tel: + 974 4280765
+ 974 5569290
Fax: + 974 4280760
SWIFT: QNBAQAQA
++++

4/12/2006

# EXHIBIT G

25-MAY-2008 SUN 10:31     Q. N. B. GENERAL ACCOUNTS     FAX NO. 4830792     P. 01

*Kind Attention   Mr. Mobasem*

*Fax : 4252371*



WEST BAY BRANCH, P.O.BOX 1000
DOHA QATAR

M/S.ALJAZEERA INTERNATIONAL
P.O.BOX.23127
DOHA - QATAR

0027

| | STATEMENT OF ACCOUNT | |
|---|---|---|
| 01/02/07 | | 2/005 |
| 0027-001994-052 | | |
| CALL DEPOSIT-24HRS | | |
| QATARI RIYAL | | |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 13/03/06 | BROUGHT FORWARD | | | 33,878,531.40CR |
| 14/03/06 | BALANCE ORDER FROM YOUR CALL ACCOUNT TO YOUR CURRENT ACCOUNT | 283,180.05 | | 33,595,351.35CR |
| 15/03/06 | BALANCE ORDER TO YOUR CALL ACCOUNT FROM YOUR CURRENT ACCOUNT | | 18,780,589.65 | 52,375,941.00CR |
| 16/03/06 | BALANCE ORDER FROM YOUR CALL ACCOUNT TO YOUR CURRENT ACCOUNT | 362,293.83 | | 52,013,647.17CR |
| 19/03/06 | BALANCE ORDER FROM YOUR CALL ACCOUNT TO YOUR CURRENT ACCOUNT | 190,591.57 | | 51,823,055.60CR |
| 20/03/06 | TRANSFER VALUE DATE   30/01/06 REFUND OF SWIFT NO 6202790000225 DATED 30/01/2006 20/03 1405 0027 B627 | | 1,728,586.30 | 53,551,641.90CR |
| | BALANCE ORDER FROM YOUR CALL ACCOUNT TO YOUR CURRENT ACCOUNT | 167,069.53 | | 53,384,572.37CR |
| 21/03/06 | BALANCE ORDER FROM YOUR CALL ACCOUNT TO YOUR CURRENT ACCOUNT | 6,084.92 | | 53,378,487.45CR |
| 22/03/06 | BALANCE ORDER FROM YOUR CALL ACCOUNT TO YOUR CURRENT ACCOUNT | 1,001,777.18 | | 52,376,710.27CR |
| 23/03/06 | BALANCE ORDER FROM YOUR CALL ACCOUNT TO YOUR CURRENT ACCOUNT | 1,804,409.74 | | 50,572,300.53CR |
| 26/03/06 | BALANCE ORDER FROM YOUR CALL ACCOUNT TO YOUR CURRENT ACCOUNT | 203,524.62 | | 50,368,775.91CR |
| | CARRIED FORWARD | | | 50,368,775.91CR |