IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK, | : | |
| Plaintiff, | : | Civil Action No. 1:06-cv-1307(GK) |
| v. | : | |
| WINMAR, INC., | : | |
| Defendant and Third | : | |
| Party Plaintiff. | : | |
| _____ | : | |
| WINMAR, INC., | : | |
| Third Party Plaintiff | : | |
| and Counterclaim | : | |
| Defendant, | : | |
| v. | : | |
| ALJAZEERA INIERNATIONAL, | : | |
| Third Party Defendant | : | |
| and Counterclaim | : | |
| Plaintiff. | : | |
| _____ | : | |

## ORDER

Upon consideration of Plaintiff's Motion Summary Judgment and Memorandum of Points and Authorities in Support thereof, Statement of Material Facts to Which There is No Dispute, exhibits, any opposition thereto, reply thereto, and being fully advised, Plaintiff's Motion for Summary Judgment is hereby GRANTED, this ___ day of ____, 2008.

_____
United States District Court Judge Gladys Kessler.