IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK : | |
| : | |
|     **Plaintiff** : | |
| : | Civil Action No.: |
| v. : | 1-06CV01307 |
| : | |
| WINMAR, INC. d/b/a : | |
| WINMAR CONSTRUCTION : | |
| : | |
|     **Defendant** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Arthur T. K. Norris as co-counsel for Defendant Winmar, Inc., d/b/a Winmar Construction. Please enter the appearance of Trevor M. Ashbarry as counsel for Defendant, Winmar Inc., d/b/a Winmar Construction.

Respectfully submitted,

LEE & McSHANE, P.C.

By: _____/s/_____          _____/s/_____
Arthur T. K. Norris (D.C. Bar No. 438907)     James F. Lee (D.C. Bar No. 247718)
1211 Connecticut Avenue, N.W.                 Trevor M. Ashbarry (D.C. Bar No. 980359)
Suite 425                                      1211 Connecticut Avenue, N.W.
Washington, D.C. 20036                        Suite 425
(202)530-8100                                 Washington, D.C. 20036
Fax: (202)530-0402                            (202)530-8100
atn@lee-mcshane.com                           Fax: (202)530-0402
                                              ta@lee-mcshane.com

*Withdrawing Counsel for Defendant and Third-Party*        *Counsel for Defendant*
*Plaintiff, Winmar, Inc. d/b/a Winmar*                     *and Third-Party Plaintiff, Winmar,*
*Construction*                                             *Inc. d/b/a Winmar Construction*

S:\070\06DC013\080617-svs-01.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Substitution of Counsel was served electronically on this 18th day of June, 2008 to:

| Alan T. Dickey<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>*Counsel for Plaintiff Qatar National Bank* | Leslie Hugh Wiesenfelder<br>Dow Lohnes, PLLC<br>1200 New Hampshire Avenue, NW, Suite 800<br>Washington, DC 20036<br>*Counsel for Al-Jazeera International* |
|---|---|

_____/s/_____
Trevor M. Ashbarry