IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QATAR NATIONAL BANK** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | 1-06CV01307 |
| : | |
| **WINMAR, INC. d/b/a** | |
| **WINMAR CONSTRUCTION** : | |
| : | |
| **Defendant** : | |

## DECLARATION OF TREVOR M. ASHBARRY

1. I am a member of the law firm Lee & McShane, PC, attorneys for Winmar, Inc. ("Winmar"), and am a member of the bar of this Court. I respectfully submit this Declaration in support of Winmar's Opposition to Qatar National Bank's Motion for Summary Judgment and Winmar's Statement of Material Facts as to Which There Is No Genuine Dispute. This Declaration is based upon the personal knowledge of the facts set forth herein.

2. The document attached as Exhibit 1 to Winmar's Statement of Material Facts as to Which There Is No Genuine Dispute, is a true and accurate copy of Winmar's Third Party Complaint in the above captioned action.

3. The document attached as Exhibit 2 to Winmar's Statement of Material Facts as to Which There Is No Genuine Dispute, is a true and accurate copy of Christopher T. Condon's Affidavit in support of Winmar's Opposition to Qatar National Bank's Motion for Summary Judgment.

4. The document attached as Exhibit 3 to Winmar's Statement of Material Facts as to Which There Is No Genuine Dispute, is a true and accurate copy of Qatar National Bank's First Set

S:\070\06DC013\080707-svs-05.doc

of Requests for Admissions, Interrogatories, and Requests for Production of Documents as served on counsel for Winmar.

5. The document attached as Exhibit 4 to Winmar's Statement of Material Facts as to Which There Is No Genuine Dispute, is a true and accurate copy of Winmar's Answers to Al Jazeera's First Set of Interrogatories as served on all counsel.

6. The document attached as Exhibit 5 to Winmar's Statement of Material Facts as to Which There Is No Genuine Dispute, is a true and accurate copy of Al Jazeera International's Responses and Objections to Winmar's First Set of Interrogatories as served on counsel for Winmar.

7. I declare under Penalty of perjury that the foregoing is true and correct.

DATED: July 7, 2008

                            Respectfully submitted,

                            LEE & McSHANE, P.C.

By: \_\_\_\_\s\_____
Trevor M. Ashbarry, Esq. (DC Bar # 980359)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100

Counsel for Defendant, Winmar, Inc.