IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | 1-06CV01307 |
| : | |
| WINMAR, INC. d/b/a : | |
| WINMAR CONSTRUCTION : | |
| : | |
| **Defendant** : | |

## ORDER

Upon consideration of the Motion for Summary Judgment of Plaintiff Qatar National Bank on Counts I and II of its Complaint, any opposition filed thereto, the entire records available to the Court and good cause therefor, it is this _____ day of _____, 2008, hereby

**ORDERED**, that the Motion for Summary Judgment be and hereby is **DENIED**.

_____
Judge

Copies to:

| | |
|---|---|
| Alan T. Dickey<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br><br>James F. Lee, Jr.<br>Trevor M. Ashbarry<br>Lee & McShane, P.C.<br>1211 Connecticut Avenue, N.W.<br>Suite 425<br>Washington, DC 20036 | Leslie Hugh Wiesenfelder<br>Dow Lohnes, PLLC<br>1200 New Hampshire Avenue, NW, Suite 800<br>Washington, DC 20036 |