Al-Jazeera International                              p.1

P.O.Box 23127 DOHA, QATAR
TEL +974 4830777
FAX +974 4862854

**ALJAZEERA INTERNATIONAL**

Date: December 19th, 2005

Ms. Chris Condon
WINMAR Commercial
Washington, DC

Fax: +1-202-331 7010

Dear Ms. Condon,

Please find attached confirmation of transfer of USD 474 K. in favour of Winmar.

Best regards,

Gary Napier
Director of Finance and Administration
Al Jazeera International
Doha, QATAR

EXHIBIT 1

```
                    Al-Jazeera International                          P.2
13-DEC-2005 TUE 15:03   QNB WESTBAY BR QNH BLD    FAX NO.            P. 01/05

   13-DEC-2005 TUE 14:49   QNB C O D         FAX NO. 4430827          P. 01/05
                    BSA       Message File - Message  Report    Type 07
                    ─────────────────────────────────────────────────
                    Operator:              T9126
                    Number of entries:     1
                    ─────────────────────────────────────────────────
```

ATTENTION: CHRIS CONDON —
WINMAR
1202 331 7010.

FROM GARY NAPIER

Gary Napier
Director of Finance and Administration
Al Jazeera International

[Al Jazeera International stamp]

محمد عثمان
المهتدي

[signature]
Weekend

```
                    13/:       14:32:2:                    Page  1
```

```
                    Al-Jazeera International                      P. 3
13-DEC-2005 TUE 15:04    QNB WESTBAY BR QNH BLD    FAX NO.        P. 02/05

   13-DEC-2005 TUE 14:48    QNB C O D           FAX NO. 4430827   P. 03/05
                    BSA         Message File - Message Report    Type 07
   ─────────────────────────────────────────────────────────────────────

              Priority     = Normal
              Delv. Overdue warning request= FALSE
              Network delv. notif. request = FALSE
              Obs. period =                             FIN Copy
              Service =

              Sender to Receiver Instructions

              Banking Prior. -                         User ref. =

              Warning Status =


              Server to Receiver Instructions -


              Creation

              Appl/Serv  = Msg Creation
              RP & Pt    = _MP_creation
              Date/Time  = 12/12/05 15:32:10

              Text        -
               20: Sender's Reference
                   620279001932
               23B: Bank Operation Code
                   CRED
               32A: Val Dte/Curr/Interbnk Settld Amt
                   Date       : 12 December 2005
                   Currency   : USD (US DOLLAR)
                   Amount     :                #474,677.#
               50K: Ordering Customer-Name & Address
                   M/S AL JAZEER INTERNATIONAL
                   QNB A/C NO 0027 001994 001
               57D: Account With Inst -Name & Addr
                   //FW254070116
                   CITI BANK FEDERAL SAVING BANK
                   WASHINGTON DC
               59: Beneficiary Customer-Name & Addr
                   /15210855
                   WINMAR CONSTRUCTION
               70: Remittance Information
                   REF PAYMENT
               71A: Details of Charges
                   OUR


              Message History -
              *Original (Completed)

              Created at "_MP_creation" on 12/12/05 at 15:32:10
              By 0520 : Created at rp [_MP_creation] and
              assigned to unit [COD]
   ─────────────────────────────────────────────────────────────────────
          13/1      14:32:2:                          Page     3
```

13-DEC-2005 TUE 14:48    4430927                              P. 03

```
                    Al-Jazeera International                              p-4
13-DEC-2005 TUE 15:04    QNB WESTBAY BR QNH BLD    FAX NO.             P. 03/05

    13-DEC-2005 TUE 14:48   QNB C O D           FAX NO. 4430927         P. 02/05
                      BSA       Message File - Message  Report      Type 07
```

```
U-UMID    = ICBKSUS33XXX103620279001932
Suffix    = 051212

Status =
    Deletable


Format       = Swift              Sub-Format  =
INPUT
Msg Type     = 103                Nature      —
Financial

Sender       =
    QNBAQAQAXXX L  :  A

    QATAR NATIONAL BANK

    DOHA
    DOHA
    QA
    QATAR


Receiver     =
    CHASUS33XXX L  :  X

    JPMORGAN CHASE BANK


    NEW YORK, NY
    US
    UNITED STATES


Transaction ref. = 620279001932      Related ref.

Amount           = 474,077. USD     Value/Date  =
051212


Format & Validation

Version         = 0505              Checked     =
Minimum
Netw. Appl.     = FIN               Passed      =
Maximum


Sender to Network Instructions


        13/       14:32:2              Page     2
```

```
                    Al-Jazeera International                           P.5
13-DEC-2005 TUE 15:04   QNB WESTBAY BR QNH BLD   FAX NO.             P. 04/05

  13-DEC-2005 TUE 14:49   QNB C O D          FAX NO. 4430827         P. 04/05
                  BSA       Message File - Message  Report   Type 07
```

By 0520 : Routed from rp [_MP_creation] to rp [_MP_verification]; 1 instance(s) created at [CP1OUTGOING] respectively;On Processing by Function mpc with result Success;(Rule:USER,200)
By T2857 : Routed from rp [_MP_verification] to rp [_MP_authorisation]; On Processing by Function mpa with result Success;(Rule:DEFAULT_RULE,0)
By 0408 : Routed from rp [_MP_authorisation] to rp [OFCS_IN]; On Processing by Function mpa with result Success;(Rule:USER,50)
By SYSTEM : Routed from rp [OFCS_IN] to rp [_SI_to_SWIFT]; On Processing by Function OFCS_Detect with result Success;(Rule:USER,100)
Sent to SWIFT "QNBAQAQAXXXX" on 12/12/05 at 17:46:26
Session Nr 5817 Sequence Nr 629761 Result: SWIFT Ack
  ACK text:
  {{1:F21QNBAQAQAXXX5817629761}{4:{177:0512121747}{451:0}}}
By SYSTEM : Completed in rp [_SI_to_SWIFT]; On Processing by Function _SI_to_SWIFT with result Success;(Rule:USER,350)

*Copy - 1 (Completed)
By 0520 : Created at rp [CP1OUTGOING] and assigned to unit [COD]
Sent to APPLI "CP1OUTGOING" on 12/12/05 at 15:32:18
Session Nr 9411 Sequence Nr 000001 Result: APPLI Ack
By SYSTEM : Completed in rp [CP1OUTGOING]; On Processing by Function AI_to_APPLI with result Success;(Rule:DEFAULT_RULE,0)

*Copy - 2 (Completed)
By SYSTEM : Created at rp [PLACIDEXIT] and assigned to unit [COD]
By SYSTEM : 20: Sender's Reference
   620279001932
23B: Bank Operation Code
   CRED
32A: Val Dte/Curr/Interbnk Settld Amt
   Date       : 12 December 2005
   Currency   : USD (US DOLLAR)
   Amount     :                #474,677.#
50K: Ordering Customer-Name & Address
   M/S AL JAZEER INTERNATIONAL
   QNB A/C NO 0027 001994 001
57D: Account With Inst -Name & Addr
   //FW254070116
   CITI BANK FEDERAL SAVING BANK
   WASHINGTON DC

       13/1       14:32:21                Page   4

```
                    Al-Jazeera International                          p.6
13-DEC-2005 TUE 15:04   QNB WESTBAY BR QNH BLD     FAX NO.          P. 05/05

  13-DEC-2005 TUE 14:50   QNB C O D              FAX NO. 4430927    P. 05/05
               BSA          Message File - Message Report    Type 07
          _____

          59: Beneficiary Customer-Name & Addr
              /15210855
              WIMMAR CONSTRUCTION
          70: Remittance Information
              REF PAYMENT
          71A: Details of Charges
               OUR

          Sent to APPLI "FINCID" on 12/12/05 at 17:46:43
          Session Nr 2205 Sequence Nr 000002 Result: APPLI
          Ack
          By SYSTEM : Completed in rp [PLACIDEXIT]; On
          Processing by Function AI_to_APPLI with result
          Success;(Rule:DEFAULT_RULE,0)

          *Notification - 3 (Completed)
          By SYSTEM : Created at rp [CPUAUTHORIZER] and
          assigned to unit [COD]
          Sent to APPLI "CPUAUTHORIZER" on 12/12/05 at
          17:46:42
          Session Nr 4081 Sequence Nr 000002 Result: APPLI
          Ack
          By SYSTEM : Completed in rp [CPUAUTHORIZER]; On
          Processing by Function AI_to_APPLI with result
          Success;(Rule:DEFAULT_RULE,0)
          _____
                                    End of Report



                  13/:          14:32:20             Page        5


                                                                    P. 05
13-DEC-2005 TUE 14:48    4430927
```