Al-Jazeera International                                            p.1

P.O.Box 23127 DOHA, QATAR
TEL +974 4830777
FAX +974 4862854

**ALJAZEERA INTERNATIONAL**

Date: December 19th, 2005

Ms. Chris Condon
WINMAR Commercial
Washington, DC

Fax: +1-202-331 7010

Dear Ms. Condon,

Please find attached confirmation of transfer of USD 474 K. in favour of Winmar.

Best regards,

Gary Napier
Director of Finance and Administration
Al Jazeera International
Doha, QATAR

**EXHIBIT 1**

```
                              Al-Jazeera International                      P.2
13-DEC-2005 TUE 15:03    QNB WESTBAY BR QNH BLD        FAX NO.             P. 01/05

   13-DEC-2005 TUE 14:49    QNB C O D              FAX NO. 4430827          P. 01/05
                            BSA        Message File - Message Report      Type 07


                            Operator:              T9126
                            Number of entries:     1
```

ATTENTION : CHRIS CONDON —

WINMAR

1202 331 7010.

FROM GARY NAPIER

Gary Napier
Director of Finance and Administration
Al Jazeera International

[Arabic signature]

before Weekend

```
              13/:      14:32:2.                     Page  1
```

13-DEC-2005 TUE 14:48    4430827                                    P. 01

```
                    Al-Jazeera International                    P. 3
13-DEC-2005 TUE 15:04   QNB WESTBAY BR QNH BLD    FAX NO.       P. 02/05

    13-DEC-2005 TUE 14:48    QNB C O D           FAX NO. 4430827   P. 03/05
                  BSA         Message File - Message Report     Type 07
```

Priority       = Normal
Delv. Overdue warning request= FALSE
Network delv. notif. request = FALSE
Obs. period =                                           FIN Copy
Service =

**Sender to Receiver Instructions**

Banking Prior. -                                        User ref. =

Warning Status =

Server to Receiver Instructions -

Creation

Appl/Serv   = Mesg Creation
RP & Pt     = _MP_creation
Date/Time   = 12/12/05 15:32:10

Text        -
 20: Sender's Reference
     620279001932
 23B: Bank Operation Code
     CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
     Date        : 12 December 2005
     Currency    : USD (US DOLLAR)
     Amount      :           #474,677.#
 50K: Ordering Customer-Name & Address
     M/S AL JAZEER INTERNATIONAL
     QNB A/C NO 0027 001994 001
 57D: Account With Inst -Name & Addr
     //FW254070116
     CITI BANK FEDERAL SAVING BANK
     WASHINGTON DC
 59: Beneficiary Customer-Name & Addr
     /15210855
     WINMAR CONSTRUCTION
 70: Remittance Information
     REF PAYMENT
 71A: Details of Charges
     OUR

Message History =
*Original (Completed)

Created at "_MP_creation" on 12/12/05 at 15:32:10
By 0520 : Created at rp [_MP_creation] and
assigned to unit [CCD]

     13/:      14:32:2:                         Page    3

```
                        Al-Jazeera International                           P-4
                                                                        P. 03/05
   13-DEC-2005 TUE 15:04    QNB WESTBAY BR QNH BLD    FAX NO.
                                                                        P. 02/05
      13-DEC-2005 TUE 14:48   QNB C O D            FAX NO. 4430927
                              BSA      Message File - Message Report   Type 07
```

U-UMID    = ICBASUS33XXX103620279001932
Suffix    = 051212

Status =
    Deletable

Format     = Swift              Sub-Format =
INPUT
Msg Type   = 103                 Nature     =
Financial

Sender     =
    QNBAQAQAXXX L: : A

        QATAR NATIONAL BANK

        DOHA
        DOHA
        QA
        QATAR


Receiver   =
    CHASUS33XXX L: : X

        JPMORGAN CHASE BANK

        NEW YORK, NY
        US
        UNITED STATES


Transaction ref. = 620279001932        Related ref.

Amount           = 474,077. USD         Value/Date =
051212

Format & Validation

Version     = 0505               Checked    =
Minimum
Netw. Appl. = FIN                Passed     =
Maximum

Sender to Network Instructions

─────────────────────────────────────────────────────────
          13/:      14:32:2?                    Page    2


                                                          P. 02
  13-DEC-2005 TUE 14:48   4430927

```
                    Al-Jazeera International                              p.5
13-DEC-2005 TUE 15:04    QNB WESTBAY BR QNH BLD      FAX NO.           P. 04/05

    13-DEC-2005 TUE 14:49    QNB C O D           FAX NO. 4430827        P. 04/05
              BSA           Message File - Message   Report    Type 07
```

By 0520 : Routed from rp [_MP_creation] to rp [_MP_verification]; 1 instance(s) created at [CP1OUTGOING] respectively;On Processing by Function mpa with result Success;(Rule:USER,200)
By T2857 : Routed from rp [_MP_verification] to rp [_MP_authorisation]; On Processing by Function mpa with result Success;(Rule:DEFAULT_RULE,0)
By 0408 : Routed from rp [_MP_authorisation] to rp [OFCS_IN]; On Processing by Function mpa with result Success;(Rule:USER,50)
By SYSTEM : Routed from rp [OFCS_IN] to rp [_SI_to_SWIFT]; On Processing by Function OFCS_Detect with result Success;(Rule:USER,100)
Sent to SWIFT "QNBAQAQAXXXX" on 12/12/05 at 17:46:26
Session Nr 5817 Sequence Nr 629761 Result: SWIFT Ack
 ACK text:
 {{1:F21QNBAQAQAXXX5817629761}{4:{177:0512121747}{451:0}}}
By SYSTEM : Completed in rp [_SI_to_SWIFT]; On Processing by Function _SI_to_SWIFT with result Success;(Rule:USER,350)

*Copy - 1 (Completed)
By 0520 : Created at rp [CP1OUTGOING] and assigned to unit [COD]
Sent to APPLI "CP1OUTGOING" on 12/12/05 at 15:32:18
Session Nr 9411 Sequence Nr 000001 Result: APPLI Ack
By SYSTEM : Completed in rp [CP1OUTGOING]; On Processing by Function AI_to_APPLI with result Success;(Rule:DEFAULT_RULE,0)

*Copy - 2 (Completed)
By SYSTEM : Created at rp [PLACIDEXIT] and assigned to unit [COD]
By SYSTEM : 20: Sender's Reference
    620279001932
23B: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Settld Amt
    Date        : 12 December 2005
    Currency    : USD (US DOLLAR)
    Amount      :              #474,677.#
50K: Ordering Customer-Name & Address
    M/S AL JAZEER INTERNATIONAL
    QNB A/C NO 002" 001994 001
57D: Account With Inst -Name & Addr
    //FW254070116
    CITI BANK FEDERAL SAVING BANK
    WASHINGTON DC

        13/:       14:32:2:                    Page    4

13-DEC-2005 TUE 15:04   QNB WESTBAY BR QNB BLD    FAX NO.                 P. 6
                        Al-Jazeera International                          P. 05/05
13-DEC-2005 TUE 14:50   QNB C O D              FAX NO. 4430927            P. 05/05

BSA          Message File - Message Report          Type 07

```
59: Beneficiary Customer-Name & Addr
    /15210855
    WINMAR CONSTRUCTION
70: Remittance Information
    REF PAYMENT
71A: Details of Charges
    OUR

Sent to APPLI "FINCID" on 12/12/05 at 17:46:43
Session Nr 2205 Sequence Nr 000002 Result: APPLI
Ack
By SYSTEM : Completed in rp [PLACIDEXIT]; On
Processing by Function AI_to_APPLI with result
Success;(Rule:DEFAULT_RULE,0)

*Notification - 3 (Completed)
By SYSTEM : Created at rp [CPUAUTHORIZER] and
assigned to unit [COD]
Sent to APPLI "CPUAUTHORIZER" on 12/12/05 at
17:46:42
Session Nr 4081 Sequence Nr 000002 Result: APPLI
Ack
By SYSTEM : Completed in rp [CPUAUTHORIZER]; On
Processing by Function AI_to_APPLI with result
Success;(Rule:DEFAULT_RULE,0)
```

End of Report

13/:        14:32:20                           Page      5

13-DEC-2005 TUE 14:48   4430927                           P. 05