IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QATAR NATIONAL BANK** | : |
| **Plaintiff** | : |
| v. | : 1-06CV01307 |
| **WINMAR, INC. d/b/a** **WINMAR CONSTRUCTION** | : |
| **Defendant** | : |

### DECLARATION OF TREVOR M. ASHBARRY

1. I am a member of the law firm Lee & McShane, PC, attorneys for Winmar, Inc. ("Winmar"), and am a member of the bar of this Court. I respectfully submit this Declaration in support of Winmar's Corrected Surreply to Plaintiff Qatar National Bank's Reply Memorandum in Support of its Motion for Summary Judgment. This Declaration is based upon the personal knowledge of the facts set forth herein.

2. The document attached as Exhibit 1 to Winmar's Corrected Surreply to Plaintiff Qatar National Bank's Reply Memorandum in Support of its Motion for Summary Judgment, is a true and accurate copy of a document produced to Winmar by Third Party Defendant/Counterclaim Plaintiff, Al Jazeera International pursuant to Winmar's Requests for Production of Documents in the above captioned action.

3. I declare under Penalty of perjury that the foregoing is true and correct.

S:\070\06DC013\080707-svs-05.doc

DATED:      August 5, 2008

                                        Respectfully submitted,

                                        LEE & McSHANE, P.C.

By:     \_\_\_\_\s\_____
       Trevor M. Ashbarry, Esq.
       DC Bar No. 980359
       1211 Connecticut Avenue, N.W.
       Suite 425
       Washington, D.C.  20036
       (202) 530-8100

*Counsel for Defendant, Winmar, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Declaration was served electronically and mailed, postage pre-paid, on this 5th day of August, 2008 to:

| Alan T. Dickey, Esquire<br>DC Bar No. 496403<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>*Counsel for Plaintiff Qatar National Bank* | Leslie Hugh Wiesenfelder, Esquire<br>DC Bar No. 173500<br>Dow Lohnes, PLLC<br>1200 New Hampshire Avenue, NW<br>Suite 800<br>Washington, DC 20036<br>*Counsel for Al-Jazeera International* |
|---|---|

\s\
Trevor M. Ashbarry, Esquire

S:\070\06DC013\080707-svs-05.doc