# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK, | : | |
| Plaintiff, | : | Civil Action No. 1:06-cv-1307(GK) |
| v. | : | |
| WINMAR, INC., | : | |
| Defendant and Third | : | |
| Party Plaintiff. | : | |
| _____ | : | |
| WINMAR, INC., | : | |
| Third Party Plaintiff | : | |
| and Counterclaim | : | |
| Defendant, | : | |
| v. | : | |
| ALJAZEERA INIERNATIONAL, | : | |
| Third Party Defendant | : | |
| and Counterclaim | : | |
| Plaintiff. | : | |
| _____ | : | |

## QATAR NATIONAL BANK'S MOTION TO STRIKE
## WINMAR'S UNAUTHORIZED SURREPLIES

Plaintiff, Qatar National Bank ("QNB") by and through its undersigned counsel, hereby respectfully moves this Court to strike Winmar, Inc.'s unauthorized surreplies filed as Docket numbers 39, 40, and 41.  QNB respectfully requests this Court to enter an order granting QNB's Motion to Strike Winmar's Unauthorized Surreplies, and for other relief that this Court deems just and proper.

A Memorandum of Points and Authorities in Support of this Motion and a proposed Order are filed herewith for the Court's consideration.

DATED:    August 20, 2008                    Respectfully submitted,


                                             ____/s/ Alan T. Dickey_____
                                             Alan T. Dickey (DC Bar # 496403)
                                             PATTON BOGGS LLP
                                             2550 M Street, N.W.
                                             Washington, D.C. 20037
                                             Telephone:  (202) 457-6000
                                             Facsimile: (202) 457-6315

                                             *Attorneys for Plaintiff*
                                             *Qatar National Bank*