# EXHIBIT A

Case 1:06-cv-01307-GK   Document 42-3   Filed 08/20/2008   Page 1 of 3

## SUMMARY OF WINMAR'S SURREPLY ARGUMENTS

| **Arguments Raised in Winmar's Unauthorized Surreplies** | **Instances Where the Issue Was Addressed in Winmar's Opposition** | **Instances Where the Issue Was Addressed in QNB's Original Memorandum** |
|---|---|---|
| **I. Winmar's Unauthorized Surreplies' Reiteration of Winmar's Previous Arguments** | | |
| "As in their Motion for Summary Judgment, QNB is again attempting to make the argument of [AJI] with respect to this matter. The core dispute of which is centered around the contract for construction between Winmar and AJI for the build out of office space which forms the substance of the parties' dispute. …" Surreply pp. 1-2. | QNB "appears to be making what amounts to argument on behalf of AJI. …" Winmar Opp. p. 2. "The main dispute in the above-captioned action centers around the lack of payment from AJI to Winmar as it relates to the project." Winmar Opp. p. 5. | Winmar's assertion that "QNB is <u>again</u> attempting to make the argument" concedes that this was not first addressed in QNB's Reply. (Emphasis added). *See infra.* |
| "Winmar did not suggest in its Opposition to QNB's Motion for Summary Judgment that further discovery is needed to unearth issues of material fact between the parties, nor did Winmar request a deferral of ruling on QNB's Motion due to any failure to engage in discovery." Surreply p. 2. | This argument was previously raised by, and in fact contradicts, numerous statements in Winmar's Opposition at pp. 2, 6, 9. *See infra.* | Not raised until Winmar filed its Opposition. |
| "[T]he non-moving party must show the existence of a genuine issue for trial …." Surreply p. 2. | "[T]he non-moving party [must] … show the existence of a genuine issue for trial …" Winmar Opp. p. 4. | The applicable summary judgment standards were addressed in QNB's original Memorandum pp. 6-8. |
| Implications of U.C.C. § 4A-303 and its official comment. Surreply pp. 2-3. | Same. Winmar Opp. p. 7. | QNB's original Memorandum pp. 8-9, 11-12, 14. |
| Amounts certified and decertified by the Architect. Surreply pp. 3-4. | Same. Winmar Opp. pp. 2-4, 8-9. | QNB's original Memorandum pp. 2-4, 17-18. |
| Law relating to Winmar's discharge-for-value defense. Surreply pp. 4-5. | Winmar Opp. pp. 9-11. | QNB's original Memorandum pp. 8, 11-18. |
| **II. New Arguments in Winmar's Unauthorized Surreply** | | |
| "[T]he transmission from AJI to QNB in January may well not have been a confirmation request, but a further direction to affect payment to Winmar." Surreply p. 4. | None. | QNB's clerical error of misinterpreting the January 30, 2006 confirmation request was addressed in QNB's original Memorandum at pp. 1, 2, 4, 6, 9, 10, 12-16. |

| **III. Arguments in Winmar's Unauthorized Surreplies Responding to Arguments Made for the First Time QNB's Reply Memorandum** | | |
|---|---|---|
| None. | | |