IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK, | : | |
| Plaintiff, | : | Civil Action No. 1:06-cv-1307(GK) |
| v. | : | |
| WINMAR, INC., | : | |
| Defendant and Third | : | |
| Party Plaintiff. | : | |
| _____ | : | |
| WINMAR, INC., | : | |
| Third Party Plaintiff | : | |
| and Counterclaim | : | |
| Defendant, | : | |
| v. | : | |
| ALJAZEERA INIERNATIONAL, | : | |
| Third Party Defendant | : | |
| and Counterclaim | : | |
| Plaintiff. | : | |
| _____ | : | |

**ORDER**

Upon consideration of Plaintiff Qatar National Bank's Motion to Strike Winmar's Unauthorized Surreplies, its Memorandum of Points and Authorities in Support thereof, any opposition thereto, reply thereto, and being fully advised, Plaintiff Qatar National Bank's Motion to Strike Winmar's Unauthorized Surreplies is hereby GRANTED, this __ day of ___, 2008.

_____
United States District Court Judge Gladys Kessler.