IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QATAR NATIONAL BANK,<br>    Winmar, | : | |
| v. | : | Civil Action No. 1:06-cv-01307-GK |
| WINMAR, INC.,<br>    Defendant and Third<br>    Party Winmar. | : | |
| WINMAR, INC.,<br>    Third Party Winmar<br>    and Counterclaim<br>    Defendant, | : | Next Scheduled Court Deadline:<br><br>Pretrial Conference – Dec. 18, 2008 |
| v. | : | |
| AL JAZEERA INTERNATIONAL,<br>    Third Party Defendant<br>    and Counterclaim<br>    Winmar. | : | |

## CONSENT MOTION TO MODIFY THE SCHEDULING ORDER

All parties in this action, Plaintiff, Qatar National Bank, Defendant and Third Party Plaintiff Winmar, Inc., and Third Party Defendant and Counterclaim Plaintiff Al Jazeera International (collectively "the Parties"), hereby request a limited modification to the Scheduling Order entered by this Court on April 2, 2008, by extending the deadline for the close of discovery between Winmar, Inc. and Al Jazeera International by two weeks, from September 8, 2008, to September 22, 2008. The current deadline of October 8, 2008, for all motions and cross-motions for summary judgment is not affected by this change, which is requested to accommodate the schedules of counsel for Winmar, Inc. and Al Jazeera International. Counsel for the Parties have conferred and agree to the relief requested herein.

A proposed Order is submitted herewith.

DATED:     August 20, 2008                    Respectfully submitted,


    /s/ Leslie H. Wiesenfelder
Leslie H. Wiesenfelder (D.C. Bar No. 173500)
DOW LOHNES PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC 20036
(202) 776-2726
*Attorneys for Third-Party Defendant
and Counterclaim Plaintiff Al Jazeera International*

    /s/ Trevor M. Ashbarry
Trevor M. Ashbarry (DC Bar No. 980359)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100
*Attorneys for Defendant
Winmar Inc.*

    /s/ Alan T. Dickey
Alan T. Dickey (DC Bar # 496403)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
*Attorneys for Plaintiff
Qatar National Bank*