IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK,<br>    Winmar,<br><br>    v.<br><br>WINMAR, INC.,<br>    Defendant and Third<br>    Party Winmar. | Civil Action No. 1:06-cv-01307-GK |
| WINMAR, INC.,<br>    Third Party Winmar<br>    and Counterclaim<br>    Defendant,<br><br>    v.<br><br>AL JAZEERA INTERNATIONAL,<br>    Third Party Defendant<br>    and Counterclaim<br>    Winmar. | Next Scheduled Court Deadline:<br><br>Pretrial Conference – Dec. 18, 2008 |

### REVISED SCHEDULING ORDER

Upon consideration of the parties' Consent Motion to Modify the Scheduling Order, it is HEREBY ORDERED that the deadline for discovery relating to claims between and among Winmar, Inc. and Al Jazeera International and defenses thereto is extended from September 8, 2008, to and including September 22, 2008.

Gladys Kessler
United States District Judge

Copies to:

Alan T. Dickey (DC Bar # 496403)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
*Attorneys for Plaintiff Qatar National Bank*

Trevor M. Ashbarry (DC Bar No. 980359)
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
*Attorneys for Defendant Winmar, Inc.*

Leslie H. Wiesenfelder (D.C. Bar No. 173500)
DOW LOHNES PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC 20036
*Attorneys for Third-Party Defendant and Counterclaim Plaintiff Al Jazeera International*