# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **QATAR NATIONAL BANK** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **1-06CV01307** |
| | : | |
| **WINMAR, INC.d/b/a** | : | |
| **WINMAR CONSTRUCTION** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of Qatar National Bank's Motion to Strike Winmar's Unathorized Surreplies, any opposition filed thereto, the entire record available to the Court and good cause therefor, it is this _____ day of _____, 2008, hereby

**ORDERED**, that the Motion to Strike be and hereby is **DENIED;** and it is further

**ORDERED**, that Winmar's Corrected Surreply to Plaintiff, Qatar National Bank's Motino for Summary Judgment be and hereby is accepted for filing.

_____
Judge

Copies to:

| | |
|---|---|
| Alan T. Dickey<br>Patton Boggs, LLP<br>2550 M Street, N.W.<br>Washington, DC  20037<br><br>James F. Lee, Jr.<br>Trevor M. Ashbarry<br>Lee & McShane, P.C.<br>1211 Connecticut Avenue, N.W.<br>Suite 425<br>Washington, DC  20036 | Leslie Hugh Wiesenfelder<br>Dow Lohnes, PLLC<br>1200 New Hampshire Avenue, NW, Suite 800<br>Washington, DC 20036 |