AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| WINMAR, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 06-1307 |
| AL JAZEERA INTERNATIONAL ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:   Judgment is entered for Winmar, Inc. against Al Jazeera International in the amount of $1,472,625.50, plus pre-judgment and post-judgment interest.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge   Gladys Kessler _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   09/29/2010

*ANGELA D. CAESAR, CLERK OF COURT*

Tonya T. Hightower
*Signature of Clerk or Deputy Clerk*