IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QATAR NATIONAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-01307-GK |
| ) | |
| WINMAR, INC., ) | Judge Gladys Kessler |
| ) | |
| Defendant. ) | |
| ) | |
| WINMAR, INC., ) | |
| ) | |
| Third-Party Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| AL JAZEERA INTERNATIONAL, ) | |
| ) | |
| Third-Party Defendant and ) | |
| Counterclaim Plaintiff. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Third-Party Defendant and Counterclaim Plaintiff Al Jazeera International hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's September 29, 2010 Order, Memorandum Opinion, and Judgment in the above-referenced case entered in favor of Defendant and Third-Party Plaintiff Winmar, Inc.

Respectfully submitted,

*[signature]*

Leslie H. Wiesenfelder (D.C. Bar No. 173500)
Lynn M. Deavers (D.C. Bar No. 486306)
Dow Lohnes PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C. 20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222

*Counsel for Third-Party Defendant and
Counterclaim Plaintiff Al Jazeera International*

Dated: October 28, 2010

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appeal has been served via first class mail, postage prepaid, upon the following on this 28th day of October, 2010:

> James F. Lee, Jr.
> Trevor M. Ashbarry
> Lee & McShane, P.C.
> 1211 Connecticut Avenue, NW
> Suite 425
> Washington, D.C. 20036
>
> Alan T. Dickey
> Patton Boggs LLP
> 2550 M Street, NW
> Washington, D.C. 20037
>
> A. Charles Dean
> Gross & Romanick, P.C.
> 3975 University Drive, Suite 410
> Fairfax, Virginia 22030-2520

_____
Lynn M. Deavers