## NOTICE OF SATISFACTION OF JUDGMENT

**PLACE OF RECORD:**   OFFICE OF THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Date Judgment Entered:** May 4, 2010

**Case Number:** 1:06-cv-1307

**Plaintiff:**   Qatar National Bank

**Defendant:**   Winmar, Inc.

**Court of Judgment:** United States District Court for the District of Columbia

I, A. Charles Dean, authorized agent for the Plaintiff, holder of the above judgment, do hereby certify that the same has been paid and release the above described judgment.

Given under my hand this 6th day of December, 2012.

_____
A. Charles Dean, DC Bar # 74814
Authorized Agent for Plaintiff

**COMMONWEALTH OF VIRGINIA,**
**CITY OF FAIRFAX, to wit:**

Subscribed, sworn to and acknowledged before me by A. Charles Dean, authorized agent for Plaintiff, on this 6th day of December, 2012.

My Commission expires: 7-31-15      Notary Public

K:\Word\COLLECT\PRAECIPE\CERTIFICATE OF SATISFACTION OF JUDGMENT - Fairfax.doc

Samira N. Romero
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7502094
My Commission Expires
July 31, 2015