UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winmar, Inc., <br><br> Third Party Plaintiff/Judgment Creditor, <br><br> v. <br><br> Al Jazeera International, <br><br> Third Party Defendant/Judgment Debtor. | C.A. No.: 1:06-cv-01307-GK-JMF |

### SATISFACTION OF JUDGMENT

On September 29, 2010, a Judgment in a Civil Action (Docket No. 68) was issued by the Court in favor of Winmar, Inc. against Al Jazeera International, which Judgment was entered by the Court on March 13, 2012, pursuant to the Court's Memorandum Order (Docket No. 226).

Judgment Creditor Winmar, Inc. hereby acknowledges satisfaction of the Judgment against Al Jazeera International. The Clerk of the Court is hereby authorized and requested to make an entry of satisfaction of the September 29, 2010 Judgment entered by the Court against Al Jazeera International on March 13, 2012.

Respectfully submitted,

Charles H. Camp (DC Bar No. 413575)
Law Offices of Charles H. Camp. P.C.
1025 Thomas Jefferson Street, N.W.
Suite 115G
Washington, D.C. 20007
Tele.: (202) 457-7786
Fax:  (202) 457-7788
Email: ccamp@charlescamplaw.com

*Co-Counsel for Winmar, Inc.*

Date: December 6, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2012, the foregoing Satisfaction of Judgment was electronically served upon the following counsel:

Neil J. Dilloff, Esquire
Anthony L. Meagher, Esquire
Melissa R. Roth, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
**Counsel for Al-Jazeera International**

Alan T. Dickey, Esquire
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC 20037
**Counsel for Qatar National Bank**

Edward Gross, Esquire
GROSS & ROMANICK, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030
**Counsel for  Qatar National Bank**

James F. Lee, Jr., Esquire
Lee & McShane, P.C.
1211 Connecticut Avenue, N.W.
Washington, D.C.  20036
**Co-Counsel for Winmar, Inc.**

Charles H. Camp